| | |
|---|---|
| 1  CARLSMITH BALL LLP | F I L E D<br>Clerk<br>District Court |
| 2  DAVID LEDGER<br>   JOHN D. OSBORN | NOV 02 2005 |
| 3  Carlsmith Ball LLP Building<br>   Capitol Hill | For The Northern Mariana Islands |
| 4  Post Office Box 5241<br>   Saipan, MO 96950-5241 | By_____<br>(Deputy Clerk) |
| 5  Tel No. 670.322.3455 | |

6  Attorneys for Defendant
   Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and<br>QIANYAN S. FEJERAN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AVIATION SERVICES (CNMI), LTD.<br>dba FREEDOM AIR,<br><br>            Defendant. | CIVIL ACTION NO. 05-0033<br><br>**DEFENDANT'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; CERTIFICATE OF SERVICE** |

On October 31, 2005, Defendant removed this action from the Superior Court of the CNMI to this Court and filed an Answer to the Complaint. On November 1, 2005, the Court filed an Order setting the Case Management Conference for November 25, 2005 at 10:00 a.m..

Defendant hereby respectfully requests the Court to reschedule the Case Management Conference to November 28 or November 30, (**but not November 29, 2005**).

4844-0939-2640.1.000901-00030

1  This request is based on Counsel's unavailability on November 25, 2005 due to Ninth
2  Circuit oral argument in Honolulu, Hawaii during the week of November 21, 2005, and pre-
3  existing travel plans in conjunction with the Thanksgiving holiday on November 24, 2005.
4      DATED: Hagåtña, Guam, November 2, 2005.
5  CARLSMITH BALL LLP
6  
7  DAVID LEDGER
  Attorneys for Defendant
8  Aviation Services (CNMI), Ltd.
  dba Freedom Air

4844-0939-2640.1.000901-00030    -2.-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of November 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** to the following Counsel of record.

>David G. Banes, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: Hagåtña, Guam, November 2, 2005.

_____
DAVID LEDGER