FILED
Clerk
District Court

NOV 03 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN, and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD., dba FREEDOM AIR<br><br>Defendants. | Civil Action No. 05-0033<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

George L. Hasselback
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

The Case Management Conference in the above case set for Friday, November 25, 2005, at 10:00 a.m., is rescheduled to Wednesday, November 30, 2005, at 9:15 a.m.

IT IS SO ORDERED.

DATED THIS 3rd day of November, 2005.

_____
Judge Alex R. Munson