F I L E D
Clerk
District Court

NOV 2 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN, and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD., dba FREEDOM AIR<br><br>Defendants. | Civil Action No. 05-0033<br><br>ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TIME |

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

George L. Hasselback
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

The Case Management Conference in the above case set for Wednesday, November 30, 2005, at 9:15 a.m., is rescheduled to 8:30 a.m., on the same date.

IT IS SO ORDERED.

DATED THIS 23rd day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)