Clerk
District Court

NOV 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  CARLSMITH BALL LLP

2  DAVID LEDGER
   JOHN D. OSBORN
3  Carlsmith Ball LLP Building
   Capitol Hill
4  Post Office Box 5241
   Saipan, MO 96950-5241
5  Tel No. 670.322.3455

6  Attorneys for Defendant
   Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and<br>QIANYAN S. FEJERAN,<br><br>             Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD.<br>dba FREEDOM AIR,<br><br>             Defendant. | CIVIL ACTION NO. 05-0033<br><br>**DEFENDANT'S LR 16.2 CASE MANAGEMENT STATEMENT; CERTIFICATE OF SERVICE** |

Defendant Aviation Services (CNMI), Ltd., dba Freedom Air, submits the following Case Management Statement.

1. LR16.2CJ(e)(2):

   a.  <u>Service of process on parties not yet served</u>. All parties have been served and have appeared.

   b.  <u>Jurisdiction and Venue</u>. Jurisdiction and venue are proper in this Court.

   c.  <u>Anticipated Motions</u>. Freedom Air has not yet decided if it will file any motions.

4819-2911-8208.1.000901-00030

d.  <u>Appropriateness of special procedures such as consolidation of actions for discovery and pretrial</u>. None appear to be needed.

e.  <u>Modifications of the standard pretrial procedures specified by this Rule on account of the relative simplicity or complexity of the action or proceeding</u>. None appear to be needed.

f.  <u>Settlement prospects</u>. It does not appear that an early settlement is likely.

g.  <u>Other matters which may be conducive to the just, efficient and economical determination of the proceedings, including the definition or limitation of issues</u>. None.

2.  With reference to Fed.R.Civ.P 16(b), Freedom Air suggests the following deadlines:

   a.  Three months to join other parties or amend the pleadings:

   b.  Nine months to complete discovery.

3.  With reference to Fed.R.Civ.P. 16(c), Freedom Air suggests that the following may facilitate orderly progress of this action:

   a.  To avoid unnecessary proof and discovery, agreements regarding authentication of documents should be considered.

   b.  The final pretrial conference and trial should be scheduled to occur in approximately fourteen (14) months.

DATED: Hagåtña, Guam, November 28, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

4819-2911-8208.1.000901-00030          -2.-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of November 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT'S LR 16.2 CASE MANAGEMENT STATEMENT** to the following Counsel of record.

> David G. Banes, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: Hagåtña, Guam, November 28, 2005.

_____
DAVID LEDGER

4819-2911-8208.1.000901-00030                -3.-