**DAVID G. BANES, Esq.**
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

F I L E D
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,<br><br>  Defendant. | CIVIL ACTION NO. 05-0033<br><br>**PLAINTIFFS' PRE-DISCOVERY DISCLOSURE STATEMENT** |

Plaintiffs, by and through their attorneys, pursuant to L.R. 16.2(c)(J)(d) and Fed.R.Civ.Pro. Rule 26(a), submits the following disclosures:

A.  <u>Persons With Potentially Discoverable Information</u>

    1.  Moses T. Fejeran (will testify as to the circumstances surrounding the accident at question in this suit and the damages that he has incurred)

    2.  Qianyan S. Fejeran (will testify as to the effect of this accident upon her husband, Mr. Fejeran and the damages she has incurred)

    3.  As their investigation of potential witnesses is ongoing, Plaintiffs reserve the right to disclose any other persons with potentially discoverable information as soon as is practicable.

B.  <u>Description of Relevant Document</u>

    1.  Plaintiff has available for inspection and copying all documents, data compilations, and tangible things that are in its possession, custody and control as required by

Rule 26(a) Fed.R.Civ.Pro.

2. Various travel related documents including itineraries, boarding passes, tickets and other documents related to the trip at issue in this lawsuit.

3. As Plaintiffs investigation of this matter is ongoing, they reserve the right to supplement this disclosure with descriptions of other relevant documents as soon as is practicable.

C. <u>Computation of Damages</u>

At the present time, Mr. Fejeran's medical bills and records are being collected. Although these documents were requested from CHC over four months ago, they have yet to be delivered and no response from CHC has been forthcoming. Therefore, it is not possible to submit a computation of damages at the present time.

D. <u>Insurance Agreement</u>

Plaintiff does not know of any such applicable document but assumes one must exist.

Dated: December 15, 2005.

O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiffs Moses T. and
Qianyan S. Fejeran

By: _____
DAVID G. BANES