1

CARLSMITH BALL LLP

2

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building

3

Capitol Hill
Post Office Box 5241

4

Saipan, MO 96950-5241
Tel No. 670.322.3455

5

Attorneys for Defendant

6

Aviation Services (CNMI), Ltd. dba Freedom Air

7

8

9

UNITED STATES DISTRICT COURT

FOR THE

10

NORTHERN MARIANA ISLANDS

11

12

MOSES T. FEJERAN and
QIANYAN S. FEJERAN,

CIVIL ACTION NO. 05-0033

13

Plaintiffs,

14

vs.

**DEFENDANT'S INITIAL
DISCLOSURES; CERTIFICATE
OF SERVICE**

15

AVIATION SERVICES (CNMI), LTD.

16

dba FREEDOM AIR,

17

Defendant.

18

19

Defendant Aviation Services (CNMI), Ltd. dba Freedom Air, by and through their

20

Attorney of record, David Ledger, submit the following disclosure statement pursuant to Fed. R.

21

Civ. P. 26(a)(1) and LR 16.2CJ(d):

22

I.    Persons likely to have Discoverable Information

23

1.    Felicidad (Doll) Boddy
Freedom Air

24

c/o Carlsmith Ball LLP
Carlsmith Ball LLP Building

25

Capitol Hill

26

Post Office Box 5241
Saipan, MO 96950-5241

27

Tel No. 670.322.3455

28

4846-4349-3120.2

FILED
Clerk
District Court

MAR 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**COPY**

2.    Francisco Muna
      Freedom Air
      c/o Carlsmith Ball LLP
      Carlsmith Ball LLP Building
      Capitol Hill
      Post Office Box 5241
      Saipan, MO 96950-5241
      Tel No. 670.322.3455

3.    Inas Suzuke
      Freedom Air
      c/o Carlsmith Ball LLP
      Carlsmith Ball LLP Building
      Capitol Hill
      Post Office Box 5241
      Saipan, MO 96950-5241
      Tel No. 670.322.3455

II.   <u>Listing, Description and Location of Documents, Data Compilations and Tangible Things</u>

      1.    8/22/05 Incident Report written by Francisco Muna. (000004)

      2.    1/18/05 Incident Reports written by Felicidad Boddy. (000001-000002)

      3.    Notes regarding Moses Fejeran written by Inas Suzuke. (000003)

      4.    Transcription of Incident Reports. (000005)

      5.    Various photographs of aircraft and offloading steps. (000006-000011)

III.  <u>Description and Computation of Damages</u>

      Not applicable.

IV.   <u>Insurance Agreements</u>

      The insurance agreement is available for inspection and copying upon request.

      / / /

1

V.    Expert Testimony

2

Defendant has not retained an expert at this time.

3

DATED: Hagåtña, Guam, March 13___, 2006.

4

CARLSMITH BALL LLP

5

6

DAVID LEDGER
Attorneys for Defendant

7

Aviation Services (CNMI), Ltd.
dba Freedom Air

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4846-4349-3120.2                              -3.-

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the |5m| day of March 2006, I will cause to be

served, via hand delivery, a true and correct copy of DEFENDANT'S INITIAL DISCLOSURES

to the following Counsel of record.

> David G. Banes, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: Hagåtña, Guam, March _13_ , 2006.

DAVID LEDGER

4846-4349-3120.2                              -4.-