Aug 24 05 09:01a     Freedom Air                4728080                P.4  *f*

*Dennis for your copy*

# Freedom Air ★★

## General Operations Manual

### Forms

---

**INCIDENT REPORT  FAR 121/135**

**TO:** Joaquin Flores

**FROM:** Doll Boddy /ROTA STATION
(Felicidad Boddy)

**SUBJECT:** Moses Feleran / 200 passenger from Saipan / Slip on the Aircraft stair and sprain his tinkle.

**DATE:** January 18 - 2005

---

(In your own words, explain what happened, when did it happen, how did it happen and any other details regarding the incident that you may remember. Use additional sheet or sheets if needed.)

Moses Feleran come on flt 200 for Rpo. He slip on the last bottom step of the air craft stair. He was busy looking around and talking to me and not down the step as he comes down. I did hold him up so he will not really fall down. I ask him if any help or assistance to go get his tinkle check at the hospital. He said no, he is fine and this happene all the time where he slips. Ask him are you sure? He said yes, he is ok.
At 5:16 pm. He come to the counter and ask if their any seat for Comfernoon flight. I told him yes that I could take him. Moses deal it with the letter to go back to Saipan, even that he come for the funeral. He this got late and he could sect letter at Tam. As for there on Rota he will be alot a running around. He mention that even the he already got his letter from Agid Coral Garden and rent a car. It was OK for two of his kids are coming in on the last flight and he seeing it.

1-18-05
**Date**

Name - (Print)
Felicidad Boddy
**Signature**

FA006

---

000001

1-18-05

I ask Moses again if it will be better to get his ankle check here at the hospital before he depart for Saigon. He said No, it's OK. He just need to rest his ankle at home. I told them if he needed any help. Please check with me at the counter. He said, it's OK he will just go to the restaurant and relax as his watch is always 30 minutes advance as he does not like to be late. Even to his work, he is never late.

Before flight 300 boarding and his boarding pass is been given to him. I have Unas Suzuki ask him if he needed a wheel chair out to the Aircraft.

Moses Fejeran said, No it's OK. He is just fine.

If any questions on this report, please give me a call.

Thanks.
Dail.
(Felicidad Boddy)
ROTA STATION

000002

On Jan. 18 05 I was inside the office when
Mrs. Boddy come in and told me that one
of our passengers fell down while trying
to get down from the plain. A few minuetes
later I was told by Mrs. Boddy to go and
ask Mr. Fejeran if he need any assistant
or wheelchair. I then went and asked
Mr. Fejeran but he said he was okay.

I. Suzuki

# INCIDENT REPORT

TO: *Felicidad Boddy*

FROM: *Francisco Muña*

SUBJECT: *Incident Report for Moises Fejeran*

DATE: *8-22-2005*

( In your own words, explaine what happen, when did it happen, how did it happen and any other details regarding the incident that you may remember. Use additional sheet or sheets if needed.)

*I Francisco Muña, Submitting my incident report to Justify Mr. Fejeran Case on January 19, FCT 22. I am standing beside Mrs. Boddy getting ready to OFF load rear compartment. It happen so fast when Mr. Fejeran missed his last steps I heured Mrs. Boddy given full assistant to Mr. Fejeran. His respond is everything is oky, Then I continued OFF load the rear compartment.*

*Muña Francisco* / Name        *Signature*

000004

**Transcription of Incident Reports filed by Freedom Air Rota Station employees:**

**Felicidad (Doll) Boddy, Rota Station Manager:    Dated 1-18-05**

Moses Fejeran came on Flight 200 from Saipan. He slip(ped) on the last (bottom) step of the aircraft airstair. He was busy looking around and talking to me and not (looking) down (at) the steps as he came down.

I did hold him up (caught him) so he will not really fall down. I ask(ed) him if any help or assistance (was needed) (or) to go get his ankle check(ed) at the hospital. He said, "No, he is fine and this happen(s) all the time where he slips. (I) ask(ed) him, "Are you sure?" He said, "Yes, he is OK."

At 3:11 PM, he came to the counter and asked if there is any seat for the afternoon flight. I told him yes, that I could take care of him. Moses said it will be better to go back to Saipan even though he came for the funeral. For his foot ached and he could rest better at home. As for here on Rota, it will be a lot of running around. He mentioned that even though he already got his hotel room at Coral Gardens and rent a car, it was OK as two of his kids are coming in on the last flight and would be using it.

I asked Moses again if it will be better to get his ankle check(ed) here at the hospital before he depart(ed) for Saipan. He said, "No, it is OK." He just need to rest his ankle at home. I told him if he needed any help; please check with me at the counter. He said, it's OK; he will just go to the restaurant and relax, as his watch is always 30 advance, as he does not like to be late.

Before flight 300 (was) boarding, I have Inas Suzuke ask him if he needed a wheelchair out to the aircraft. Moses Fejeran said, "No, it's OK. He is just fine."

**Francisco Muna, Rota Station Agent:    Dated 8-22-05**

I Francisco Muna, submitting my incident report to justify Mr. Fejeran case on January 18. (When flight 200 (arrived), I am standing beside Mrs. Boddy getting ready to off-load (the) rear (baggage) compartment. It happen(ed) so fast (that) when Mr. Fejeran missed his last step, I heard Mrs. Boddy given (giving) him full assistant (assistance) to Mr. Fejeran. His response is, "Everything is OK." Then I continued to off-load the rear compartment.

**Inas Suzuke, Rota Station Agent:  Dated 8-22-05**

On Jan. 18, 05, I was inside the office when Mrs. Boddy came in and told me that one of our passenger fell down while trying to get down form the plane. A few minutes later, I was told by Mrs. Boddy to go and ask Mr. Fejeran if he need any assistant (assistance) or wheelchair. I then went and asked Mr. Fejeran, be he said he was okay.