**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,**<br><br>  Plaintiffs,<br><br>vs.<br><br>**AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,**<br><br>  Defendant. | CIVIL ACTION NO. 05-0033<br><br>**NOTICE OF MOTION FOR STATUS CONFERENCE**<br><br>Date:<br>Time:<br>Judge: Munson |

**PLEASE TAKE NOTICE** that Plaintiff, by and through counsel, will move for a Status and Conference on _____, 2006, at _ a.m./p.m. or as soon thereafter as the matter may be heard at the above courthouse.

Dated: July 5, 2006.

                                        O'CONNOR BERMAN DOTTS & BANES
                                        Attorney for Plaintiffs Moses T. and
                                        Qianyan S. Fejeran

                                        By: _____/s/_____
                                              GEORGE L. HASSELBACK.