**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,**<br><br>Defendant. | CIVIL ACTION NO. 05-0033<br><br>**MOTION FOR STATUS CONFERENCE**<br><br>Date:<br><br>Time:<br><br>Judge:  Munson |

Plaintiffs, by and through counsel, and after consultation with counsel for Defendant, do hereby move this honorable Court to hold a status conference for the purposes of vacating the current trial date, setting another and re-establishing the case management calendar for this case. Because of events beyond their control, the parties have not been able to complete preliminary discovery that will directly bear upon further fact and expert discovery and have agreed that the current trial date and case management calendar have become untenable.

Dated: July 5, 2006.

                                O'CONNOR BERMAN DOTTS & BANES
                                Attorney for Plaintiffs Moses T. and
                                Qianyan S. Fejeran

                                By: _____/s/_____
                                      GEORGE L. HASSELBACK.