```
                                    F I L E D
                                       Clerk
                                   District Court

                                   JUL - 6 2006

                              For The Northern Mariana Islands
                              By_____
                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and ) <br> QIANYAN S. FEJERAN, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> AVIATION SERVICES (CNMI), ) <br> LTD., doing business as FREEDOM ) <br> AIR, ) <br> ) <br> Defendant ) <br> _____ ) | Civil No. 05-0033 <br><br><br><br><br> ORDER SETTING <br> STATUS CONFERENCE |

IT IS ORDERED that a status conference in this matter is set for Wednesday, July 26, 2006, at 9:00 a.m.

DATED this 6th day of July, 2006.

*/s/ Alex R. Munson*

ALEX R. MUNSON
Judge