**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,  Plaintiffs, vs. AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,  Defendant. | CIVIL ACTION NO. 05-0033  **AMENDED NOTICE OF MOTION FOR STATUS CONFERENCE**  Date:  July 20, 2006 Time:  8:30 a.m. Judge: Munson |

**PLEASE TAKE NOTICE** that Plaintiff, by and through counsel, will move for a Status and Conference on July 20, 2006, at 8:30 a.m. this hearing was previously noticed for July 28, 2006, but in order to accommodate off-island counsel, the Court's personnel were contacted and arrangements for the alternate date made.

Dated: July 6, 2006.

              O'CONNOR BERMAN DOTTS & BANES
              Attorney for Plaintiffs Moses T. and
              Qianyan S. Fejeran


              By: _____/s/_____
                GEORGE L. HASSELBACK.