F I L E D
Clerk
District Court

JUL 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>          Plaintiffs<br><br>     v.<br><br>AVIATION SERVICES (CNMI), LTD., doing business as FREEDOM AIR,<br><br>          Defendant | Civil No. 05-0033<br><br>AMENDED ORDER SETTING STATUS CONFERENCE |

In order to accommodate the travel plans of the parties,

IT IS ORDERED that the status conference in this matter has been changed to **Thursday, July 20, 2006, at 8:30 a.m.**

DATED this 11th day of July, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)