1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                          UNITED STATES DISTRICT COURT
9
                                    FOR THE
10
                            NORTHERN MARIANA ISLANDS
11

12
   MOSES T. FEJERAN and            CIVIL ACTION NO. 05-0033
13 QIANYAN S. FEJERAN,

14              Plaintiffs,

15      vs.                         **NOTICE OF RECORDS DEPOSITION;
                                    CERTIFICATE OF SERVICE**
16
   AVIATION SERVICES (CNMI), LTD.
17 dba FREEDOM AIR,

18              Defendant.

19
   TO:   **COMMONWEALTH HEALTH CENTER (SAIPAN)
20       Custodian of Records
         Lower Navy Hill
21       Saipan, MP 96950**

22      **PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air,

23 Defendant in the above-entitled action, will take the deposition of the **Custodian of Records of**

24 **Commonwealth Health Center (Saipan)** at the law offices of Carlsmith Ball LLP, Capitol Hill,

25 Carlsmith Ball LLP Building, Saipan, MP 96950 on **Wednesday, August 16, 2006, at 11:00**

26
   **o'clock a.m.**
27

28
   C:\Documents and Settings\3jmc\Desktop\Notice of
   Records Deposition to Commonwealth Health Center
   Saipan.doc

1  The deposition will be recorded pursuant to the Rules of Civil Procedure for the District
2  Court for the Northern Mariana Islands.  If said deposition is not completed on the date set out
3  above, the taking of the depositions will be continued from day to day thereafter, except for
4  Sundays and holidays, at the same place, until completed.
5
6  DATED: Hagåtña, Guam, August 8, 2006.

7  CARLSMITH BALL LLP

                                       /s/
8                                      DAVID LEDGER
                                       Attorneys for Defendant
9                                      Aviation Services (CNMI), Ltd.
                                       dba Freedom Air

C:\Documents and Settings\3jmc\Desktop\Notice of
Records Deposition to Commonwealth Health Center         2.
Saipan.doc

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies that on the 8th day of August 2006, I will cause to be

3  served, via hand delivery, a true and correct copy of **NOTICE OF RECORDS DEPOSITION**

4  to the following Counsel of record.

> George L. Hasselback, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: August 8, 2006.

/s/
DAVID LEDGER

C:\Documents and Settings\3jmc\Desktop\Notice of Records Deposition to Commonwealth Health Center Saipan.doc

3.