CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| MOSES T. FEJERAN and QIANYAN S. FEJERAN, | CIVIL ACTION NO. 05-0033 |
|---|---|
| Plaintiffs, | |
| vs. | **SUBPOENA DUCES TECUM; CERTIFICATE OF SERVICE** |
| AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR, | |
| Defendant. | |

TO:   **COMMONWEALTH HEALTH CENTER (SAIPAN)**
      **Custodian of Records**
      **Lower Navy Hill**
      **Saipan, MP 96950**

Your deposition will be taken at the offices of Carlsmith Ball LLP, Capitol Hill, Carlsmith Ball LLP Building, Saipan, MP 96950 on **Wednesday, August 16, 2006 at 11:00 o'clock a.m.** on behalf of Defendants in the above-entitled action. Please bring the following items with you:

1.   With regard to Moses T. Fejeran, all medical records, including x-ray films, fluoroscope films and MRI imaging of the right knee. Attached as Exhibit "A", is a copy of the

1  Authorization for Release of Medical Records and Related Information.

2  DATED: Hagåtña, Guam, August 8, 2006.

3  CARLSMITH BALL LLP

/s/  
DAVID LEDGER  
Attorneys for Defendant  
Aviation Services (CNMI), Ltd.  
dba Freedom Air

C:\Documents and Settings\3jmc\Desktop\Subpoena Duces Tecum to Commonwealth Health Center Saipan (Freedom Air-Fejeran).doc

2.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of August 2006, I will cause to be served, via hand delivery, a true and correct copy of **SUBPOENA DUCES TECUM** to the following Counsel of record.

> George L. Hasselback, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: August 8, 2006.

/s/
DAVID LEDGER

C:\Documents and Settings\3jmc\Desktop\Subpoena Duces Tecum to Commonwealth Health Center Saipan (Freedom Air-Fejeran).doc          3.