1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455

5

6  Attorneys for Defendant
   Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| MOSES T. FEJERAN and<br>QIANYAN S. FEJERAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD.<br>dba FREEDOM AIR,<br><br>  Defendant. | CIVIL ACTION NO. 05-0033<br><br>**NOTICE OF RECORDS DEPOSITION;<br>CERTIFICATE OF SERVICE** |
|---|---|

TO:   **GUAM RADIOLOGY CONSULTANTS**
      **Custodian of Records**
      **Governor Carlos Camacho Road**
      **Suite 210, Guam Medical Plaza**
      **Tamuning, Guam 96913**

**PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air, Defendant in the above-entitled action, will take the deposition of the **Custodian of Records of Guam Radiology Consultants** at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910 on **Thursday, August 17 2006, at 10:00 o'clock a.m.**

4850-9138-3809.1.059303-00001

1  The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court for the Northern Mariana Islands. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, August 8, 2006.

CARLSMITH BALL LLP

/s/
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of August 2006, I will cause to be served, via hand delivery, a true and correct copy of **NOTICE OF RECORDS DEPOSITION** to the following Counsel of record.

>George L. Hasselback, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: August 8, 2006.

/s/
DAVID LEDGER