CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>          Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR,<br><br>          Defendant. | CIVIL ACTION NO. 05-0033<br><br>**SUBPOENA DUCES TECUM; CERTIFICATE OF SERVICE** |

TO:   **GUAM RADIOLOGY CONSULTANTS**
      **Custodian of Records**
      **Governor Carlos Camacho Road**
      **Suite 210, Guam Medical Plaza**
      **Tamuning, Guam 96913**

Your deposition will be taken at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910 on **Thursday, August 17, 2006 at 10:00 o'clock a.m.** on behalf of Defendants in the above-entitled action. Please bring the following items with you:

1.   With regard to Moses T. Fejeran, all medical records, including x-ray films, fluoroscope films and MRI imaging of the right knee. Attached as Exhibit "A", is a copy of the Authorization for Release of Medical Records and Related Information.

DATED: Hagåtña, Guam, August 8, 2006.

CARLSMITH BALL LLP

/s/
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of August 2006, I will cause to be served, via hand delivery, a true and correct copy of **SUBPOENA DUCES TECUM** to the following Counsel of record.

George L. Hasselback, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
Post Office Box 501969
Saipan, MP 96950

DATED: August 8, 2006.

/s/
DAVID LEDGER