| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | DAVID LEDGER (CNMI BAR NO. F0195)<br>Carlsmith Ball LLP Building |
| 3 | Capitol Hill<br>Post Office Box 5241 |
| 4 | Saipan, MP 96950-5241<br>Tel No. 670.322.3455 |
| 5 | |
| 6 | Attorneys for Defendant<br>Aviation Services (CNMI), Ltd. dba Freedom Air |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and<br>QIANYAN S. FEJERAN, | CIVIL ACTION NO. 05-0033 |
| Plaintiffs, | |
| vs. | **NOTICE OF RECORDS DEPOSITION;<br>CERTIFICATE OF SERVICE** |
| AVIATION SERVICES (CNMI), LTD.<br>dba FREEDOM AIR, | |
| Defendant. | |

TO:   **MR IMAGING GROUP**
      **Custodian of Records**
      **384 Duenas Drive**
      **Tamuning, Guam 96911**

**PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air, Defendant in the above-entitled action, will take the deposition of the **Custodian of Records of MR Imaging Group** at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910 on **Monday, August 28, 2006, at 10:00 o'clock a.m..**

4841-2033-7921.1.059303-00001

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court for the Northern Mariana Islands. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, August 18, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of August 2006, I will cause to be served, via hand delivery, a true and correct copy of **NOTICE OF RECORDS DEPOSITION** to the following Counsel of record.

> George L. Hasselback, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: August 18, 2006.

_____
DAVID LEDGER

4841-2033-7921.1.059303-00001                    3.