FILED
Clerk
District Court

SEP 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN, and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD., dba FREEDOM AIR<br><br>Defendants. | Civil Action No. 05-0033<br><br>ORDER SETTING STATUS CONFERENCE |

David P. Ledger
Attorney at Law
Suite 201 Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

IT IS ORDERED that a Status Conference in the above case is set for Friday, September 22, 2006, at 8:30 a.m.

DATED this 11th day of September, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)