CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR,<br><br>Defendant. | CIVIL ACTION NO. 05-0033<br><br>**DECLARATION OF DAVID LEDGER; CERTIFICATE OF SERVICE** |

I, DAVID LEDGER, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently to these facts if called by the Court to do so.

3. I am licensed to practice law in the Commonwealth of the Northern Mariana Islands and am admitted to this Court.

4. I am the attorney for Aviation Services (CNMI), Ltd. dba Freedom Air.

4814-0944-2561.1.059303-00001

5. This Declaration is filed in support of the parties Joint Motion To Re-set Trial Date.

6. Freedom Air has retained Richard T. Gill to provide expert opinion on liability issues. Mr. Gill resides in Spokane, Washington. In particular, Mr. Gill will review the expert opinion(s) of Plaintiff's expert Frank Perez and provide rebuttal opinion. Mr. Gill will also provide affirmative opinion(s) regarding the condition of the aircraft stair and related issues. Mr. Gill has not yet been able to schedule an inspection of the aircraft, which will have to be on Guam.

7. Freedom Air has retained Dr. Peter Diamond of the Honolulu Sports Medical Group, Honolulu, Hawaii to provide expert medical opinion. Though Plaintiff produced (after diligent and lengthy efforts) medical records which were in turn handed over to Dr. Diamond to review, the records after all proved to be incomplete. In particular, operative reports and diagnostic results were not included among the records Plaintiff provided. As a result, Freedom Air had to serve subpoenas on Commonwealth Health Center and Guam Radiology Clinic to obtain the missing items. These items have now just recently been provided to Dr. Diamond for him to review. Dr. Diamond's preliminary assessment after reviewing the incomplete records was that he would in all likelihood need to see the Plaintiff for an examination. Dr. Diamond will confirm this, or not, after reviewing the recently provided complete set of medical records. I am are currently awaiting word on this.

8. Freedom Air has consented to the recent designation by Plaintiff of a "life-care" expert. Notwithstanding that such designation was made after the deadline to do so, Freedom Air believes that Plaintiff designated this expert as soon as reasonably possible after the need became known. In exchange for Defendant's consent to the out-of-time-designation, Plaintiff

agreed to allow Freedom Air sufficient time to evaluate the expert opinion to be provided and if necessary, to obtain rebuttal opinion.

I declare under penalty of perjury that the foregoing is true, correct and complete.

DATED: Hagåtña, Guam, September 11, 2006.

CARLSMITH BALL LLP

*/s/ David Ledger*

DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of September 2006, I will cause to be served, via electronic filing, a true and correct copy of **DECLARATION OF DAVID LEDGER** to the following Counsel of record.

>George L. Hasselback, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: September 11, 2006.

_____
DAVID LEDGER