```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   OCT 31 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                       UNITED STATES DISTRICT COURT
9
                                FOR THE
10
                       NORTHERN MARIANA ISLANDS
11

12

13  MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
    QIANYAN S. FEJERAN,
14
                    Plaintiffs,
15
        vs.                           AMENDED CASE MANAGEMENT
16                                    SCHEDULING ORDER
    AVIATION SERVICES (CNMI), LTD.
17  dba FREEDOM AIR,

18                  Defendant.

19
         Pursuant to the Parties' joint motion for new case management dates the Court conducted
20
    a Status Conference on September 22, 2006. George Hasselback appeared on behalf of the
21
    Plaintiff and David Ledger appeared on behalf of the Defendant. After hearing from Counsel,
22
    and good cause appearing therefore, the Court ordered that the Case Management Order be
23
    amended as follows:
24

25       1.   Trial:                  August 27, 2007;

26       2.   Pre-trial Conference:   August 17, 2007 at 9:00 a.m.;
27

28
    C:\Documents and Settings\dpl\Local Settings\Temporary
    Internet Files\OLK5\Amended Case Management
    Scheduling Order (Freedom Air-Fejeran).doc

1      3.     Discovery cutoff:     May 1, 2007, by stipulation of Counsel, and

2  as hereby Ordered, all written discovery shall be served by this date and all fact witness

3  depositions shall be completed by this date.

4      4.     Expert witness discovery:     June 1, 2007, by stipulation of Counsel, and

5  as hereby Ordered, all expert witness depositions shall be completed;

6

7      5.     Motion cutoff:     July 2, 2007, by stipulation of

8  Counsel, and as hereby Ordered motions to be briefed and noticed so as to be heard by this date;

9      6.     Settlement Conference:     July 29, 2007 at 9:00 a.m.. [handwritten: 30 4PM]

10 SO ORDERED: *10-31-06*.

11

12 _____
    HONORABLE ALEX R. MUNSON
13     District Judge

14

15 SO STIPULATED:

16     DATED: ~~September~~ *October* 25, 2006.

17 CARLSMITH BALL LLP

18 _____
    DAVID LEDGER
19     Attorneys for Defendant
    Aviation Services (CNMI), Ltd.
20     dba Freedom Air

21

22 SO STIPULATED:
    DATED: ~~September~~ *October* 24, 2006.
23

24 O'CONNOR BERMAN DOTTS & BANES

25 _____
    GEORGE L. HASSELBACK
    Attorneys for Plaintiffs
26     Moses T. Fejeran and Qianyan S. Fejeran

27

28

C:\Documents and Settings\dpl\Local Settings\Temporary
Internet Files\OLK5\Amended Case Management     2.
Scheduling Order (Freedom Air-Fejeran).doc