**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and** ) | **CIVIL ACTION NO. 05-0033** |
| **QIANYAN S. FEJERAN,** ) | |
| ) | **SUPPLEMENTAL DISCLOSURE OF** |
| **Plaintiffs,** ) | **PERSONS WITH POTENTIALLY** |
| ) | **DISCOVERABLE INFORMATION** |
| **vs.** ) | |
| ) | |
| **AVIATION SERVICES (CNMI), LTD.** ) | |
| **d.b.a. FREEDOM AIR,** ) | |
| ) | |
| **Defendant.** ) | |

Plaintiffs, by and through their attorneys, pursuant to L.R. 16.2(c)(J)(d) and Fed.R.Civ.Pro. Rule 26(a), submits the following supplemental disclosures:

1. Jose B. Aldan (may have knowledge regarding the extent of Mr. Fejeran's injuries)
   Phone: (670) 288-1947

2. Roman T. Tudela (may have knowledge regarding the extent of Mr. Fejeran's injuries)
   Phone: (670) 235-2984

3. Francisco M. Camacho (may have knowledge regarding the extent of Mr. Fejeran's injuries)
   Phone: (670) 234-5667

4. David A. Quitugua (may have witnessed Mr. Fejeran's fall)
   Phone: (670) 484-0223

5. Juan M. Santos (may have knowledge of the condition of the stairways on the aircraft used by Freedom Air in their Saipan to Rota passenger flights)
   Phone: (670) 287-4370

1
2
3     6.    Fermin Atalig (may have knowledge of the condition of the stairways on the
            aircraft used by Freedom Air in their Saipan to Rota passenger flights)
4           Phone: (670) 664-1100

5     7.    Luisa M. Quitugua (may have knowledge of the condition of the stairways on the
            aircraft used by Freedom Air in their Saipan to Rota passenger flights)
6           Phone: (670) 234-1861

7     8.    Dr. Thomas Austin (as one of Plaintiff's treating physicians, has knowledge of the
            extent, severity and cause of Plaintiff's physical injuries)
8           Dr. Austin may be reached via the CNMI Community Health Center.

9     9.    Dr. Victor Hocog (as one of Plaintiff's treating physicians, has knowledge of the
            extent, severity and cause of Plaintiff's physical injuries)
10          Dr. Hocog may be reached via the CNMI Community Health Center.

11    Dated: January 8, 2007

12                                              O'CONNOR BERMAN DOTTS & BANES
                                                Attorney for Plaintiffs Moses T. and
13                                              Qianyan S. Fejeran
14
15
16
17                                              By: _____
                                                       GEORGE L. HASSELBACK
18
19
20
21
22
23
24
25
26
27
28

2
3189-01-010807-PL-SuppDisc-glh