FILED
Clerk
District Court

FEB - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>    Plaintiffs<br><br>    v.<br><br>AVIATION SERVICES (CNMI), LTD., doing business as FREEDOM AIR,<br><br>    Defendant | Civil No. 05-0033<br><br><br>ORDER SETTING DATE AND TIME FOR HEARING ON MOTION TO STRIKE FRANK PEREZ AS EXPERT WITNESS |

IT IS ORDERED that defendant's motion to strike Frank Perez as an expert witness is set for hearing on **Thursday, March 15, 2007, at 1:30 p.m.**

DATED this 8th day of February, 2007.

_____
ALEX R. MUNSON
Judge