**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,** | CIVIL ACTION NO. 05-0033 |
| Plaintiffs, | **CERTIFICATE OF COMPLIANCE WITH L.R. 26.4** |
| vs. | |
| **AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,** | Date: March 15, 2007<br>Time: 1:30 p.m. |
| Defendant. | Judge: Alex R. Munson |

I, George L. Hasselback, declare under the penalty of perjury that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. I contacted Defendant's counsel to meet and confer about the discovery requests in dispute. However, Mr. Ledger said Defendant would not respond to the disputed discovery requests until the Court decides Defendant's Motion to Strike.

Dated, February 15, 2006, Saipan, CNMI.

/s/_____
George L. Hasselback, Esq.