**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,** | ) ) ) | CIVIL ACTION NO. 05-0033 |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | NOTICE OF DEPOSITION |
| **AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,** | ) ) | |
| **Defendant.** | ) ) ) ) ) | |

**TO: FREEDOM AIRLINES AND ITS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiffs, by and through counsel, David G. Banes, will take the depositions of the following persons at the Law Offices of O'Connor Berman Dotts & Banes, 2nd Floor, Nauru Building, Saipan, MP 96950:

1) Felicidad (Doll) Boddy    March 20, 2007    9:30 a.m.

2) Francisco Muna            March 20, 2007    1:00 p.m.

3) Inos Suzuke               March 21, 2007    9:30 a.m.

Such depositions shall be given before a notary public and continue from day to day until completed.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, you are hereby notified that the deposition will be recorded by a cassette or digital tape recorder. Upon completion of the deposition, the tape recording shall be delivered to a secretarial service, which shall transcribe the deposition from the tape recording. The tape recording will be made available to the deponent by the secretarial service in connection with the review and signing of the deposition by the deponent. Upon completion of such review and signing, the tape recording will not be filed with the Court, it will be returned to the undersigned for reuse.

You are invited to attend and cross-examine in accordance with the Federal Rules of Civil Procedure.

Dated this 16th day of February, 2007.

> O'CONNOR BERMAN DOTTS & BANES
> Attorneys for Plaintiffs Moises T. Fejeran and
> Qianyan S. Fejeran
>
>
> By: /s/_____
>         DAVID G. BANES

K:\David Banes\3189-01 FEJERAN V. FREEDOM AIR\Pleadings\3189-01-070216-NotDepo-epv.doc