**DAVID G. BANES, Esq. (FO171)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

## IN THE SUPERIOR COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN, | CIVIL ACTION NO. 05-0033 |
| Plaintiffs, | DECLARATION OF DAVID G. BANES |
| vs. | Judge: Alex R. Munson |
| AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR, | Date: March 15, 2007 Time: 1:30 p.m. |
| Defendant. | |

I, David G. Banes, as counsel for Plaintiffs in the above-entitled matter, do hereby affirm and certify as follows:

1. As Mr. Hasselback was busy preparing for a trial in trial before this Court, I wrote to Mr. Ledger on January 17, 2007 that we need additional discovery before Dr. Perez could complete his report. I also told him that Dr. Perez would produce a preliminary report and telling him Dr. Perez cannot complete his investigation until further discovery is done but Defendant will not allow us to conduct discovery. *See* Exhibit A.

2. On February 15, 2007, I received Dr. Perez report and we gave it to Defendant and on February 16th, we gave Defendant Dr. Perez' C.V. *See* Exhibits B and C.

3. On February 19, 2007, I gave Defendant a list of cases in which Dr. Perez had testified and his compensation. I asked counsel to advise me if we have not complied with Rule 26 (a). *See* Exhibit D.

4. On the same day, counsel wrote back that Dr. Perez report was still not final so he would proceed with the motion. *See* Exhibit E.

Dated this 22nd of February, 2007.

By: /s/ _____
David G. Banes