

# O'CONNOR BERMAN DOTTS & BANES
## ATTORNEYS AT LAW

| GUAM OFFICE | SAIPAN OFFICE | POHNPEI OFFICE |
|---|---|---|
| Suite 503, Bank of Guam Bldg. | Second Floor, Nauru Building | Ocean View Plaza – East Wing |
| 111 Chalan Santo Papa | P.O. Box 501969, Saipan, MP 96950-1969 | P.O. Box 2069, Pohnpei, |
| Hagåtña, Guam 96910 | Telephone: (670) 234-5684/5 | Federated States of Micronesia, 96941 |
| Telephone: (671) 477-2778 | Fax: (670) 234-5683 | Telephone: (691) 320-6450 |
| Fax: (671) 477-4366 | E-mail: attorneys@saipan.com | Fax: (691) 320-6451 |
| E-mail: bermlaw@kuentos.guam.net | Website: www.pacific-lawyers.com | E-mail: msipos@mail.fm |

January 17, 2007

**Delivered by Telecopy**

David Ledger, Esq.
Carlsmith Ball LLP
Hagatna, Guam 96932
Fax No. (671) 477-4375

**Re:** *Fejeran v. Freedom Air*

Dear David:

George is busy preparing for a trial so I am helping out.

As I understand it, there actually is no deadline for sharing expert reports set by the Court. I also understand that Freedom Air actually initially rejected Plaintiff's request to have Mr. Perez inspect the plane and Plaintiff had to get the Court to intervene. Moreover, there was no quid-pro-quo agreement about producing any report (what if we decided we did not want one?) let alone a deadline for doing so. Additionally, we have told you Mr. Perez' preliminary conclusion is that the raisers are unequal height and we provided you already with this photographs. Finally and perhaps most importantly, there is no report yet as we need additional discovery which Defendant is now refusing us.

Nonetheless, George tells me you have been cooperative and we would like to move forward. So I have asked Mr. Perez - - at our additional expense - - to prepare an interim report. I hope this is acceptable. Otherwise we are in a Mexican stand-off as Mr. Perez cannot complete his investigation until further discovery is done but Defendant will not allow us to conduct that discovery.

Please let me know if our proposal is acceptable and/or if any portion of this letter is inaccurate. Thank you.

Truly yours,

David G. Banes

3318-01-070117-LTR-DLedger-rcr

Ex A.