## O'CONNOR BERMAN DOTTS & BANES
### ATTORNEYS AT LAW

FAXED 2/15/07

**GUAM OFFICE**
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Fax: (671) 477-4366
E-mail: bermlaw@kuentos.guam.net

**SAIPAN OFFICE**
Second Floor, Nauru Building
P.O. Box 501969, Saipan, MP 96950-1969
Telephone: (670) 234-5684/5
Fax: (670) 234-5683
E-mail: attorneys@saipan.com
Website: www.pacific-lawyers.com

**POHNPEI OFFICE**
Ocean View Plaza – East Wing
P.O. Box 2069, Pohnpei,
Federated States of Micronesia, 96941
Telephone: (691) 320-6450
Fax: (691) 320-6451
E-mail: msipos@mail.fm

February 15, 2007

**Delivered by Telecopy and Email**

David Ledger
Carlsmith Ball LLP
134 West Soledad Avenue
Hagatna, Guam 96932
Saipan, MP 96950

Re: *Fejeran v. Freedom Airlines*

Dear David:

I hope you are well.

I attach a preliminary report by Dr. Perez. We need the responses to our Interrogatory Requests and Freedom's deposition before the Report can be completed but I understand Defendant refuses to do so. We will be filing a Motion to Compel later today. When may we depose the eyewitness employees of Freedom Air and when will Freedom produce the passenger list or tell us it no longer exists?

Please let me know. Thank you.

Truly yours,

George L. Hasselback

Att: (Dr. Perez report)

Ex B

# ■■ster, Kobayashi & Associ■■es
## Consulting Engineers and Scientists

Thomas A. Boster
Ted M. Kobayashi
Kenneth C. Berner
Clay A. Campbell
Gary M. Hesler
Michael J. Braun
Brad M. Wong
Thomas A. Braun

Michael G. Kreutzelman
Chief Operating Officer

59 Rickenbacker Circle
Livermore, California 94551

Send Correspondence to:
P.O. Box 2049
Livermore, CA 94551-2049

Telephone: (925) 447-6495
FAX: (925) 447-6589
e-mail: info@boster-kobayashi.com
www.boster-kobayashi.com

Victor E. Barbarick
Susan M. Bowley
Fayette J. Brown
Paul T. Herman
Janet H. Jhoun
Matthew D. Manjarrez
Frank A. Perez
Mark A. Rhodes
Darius Russo
Nevin Q. Sams
Ronald M. Shields
John H. Squier
Anne M. Suter

February 13, 2007

George Hasselback, Esq.
O'Connor, Berman, Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969

RE:  *Fejeran v Freedom Air* Preliminary Report
     Our File #260509

Dear Mr. Hasselback:

Inspection of the passenger stairs of the subject Freedom Air aircraft conducted on July 31, 2006 shows a swing-out 4-riser 3-tread open riser stairway. The stairway contained a single handrail on the left side for disembarking passengers. For passengers moving downward, the four risers were measured to be 9-7/16, 9-1/8, 9-3/16 and 10-1/8 inches respectively, while the three treads were measured to be 7-1/2, 8-1/4, and 8-1/4 inches.

If this were a permanent part of a building, the tread, riser and handrail design of the subject stairway would not comply with Uniform Building Code requirements. Nevertheless, the subject stairway in this commercial aircraft is unsafe because (1) it is missing a handrail on the right side, and (2) the riser variability from the 3rd to the 4th step of approximately 0.9 inches is too large for safe human locomotion. Furthermore, since the subject stairway is very steep (approximately 50 degrees—close to the OSHA and MIL-STD threshold for safe stair design), the above noted deficiencies would enhance the danger of the stairway.

Finally, please consider this report as preliminary and subject to change if additional information or materials are provided. If I can be of further assistance on this case, please do not hesitate to contact me.

Sincerely,

Frank A. Perez, Ph.D.