## O'CONNOR BERMAN DOTTS & BANES
## ATTORNEYS AT LAW



| GUAM OFFICE | SAIPAN OFFICE | POHNPEI OFFICE |
|---|---|---|
| Suite 503, Bank of Guam Bldg. | Second Floor, Nauru Building | Ocean View Plaza – East Wing |
| 111 Chalan Santo Papa | P.O. Box 501969, Saipan, MP 96950-1969 | P.O. Box 2069, Pohnpei, |
| Hagåtña, Guam 96910 | Telephone: (670) 234-5684/5 | Federated States of Micronesia, 96941 |
| Telephone: (671) 477-2778 | Fax: (670) 234-5683 | Telephone: (691) 320-6450 |
| Fax: (671) 477-4366 | E-mail: attorneys@saipan.com | Fax: (691) 320-6451 |
| E-mail: bermlaw@kuentos.guam.net | Website: www.pacific-lawyers.com | E-mail: msipos@mail.fm |

February 16, 2007

**Delivered by Telecopy and Email**

David Ledger
Carlsmith Ball LLP
134 West Soledad Avenue
Hagatna, Guam 96932
Saipan, MP 96950

Re:  *Fejeran v. Freedom Airlines*

Dear David:

I believe you have this already, but just in case I am sending you a copy of Dr. Perez' C.V. on Monday of next week. We hope to have for you Dr. Perez' list of cases he has testified in. We will notice the depositions of the employees for March 20th. If that date does not work for you, please let me know.

Thank you.

Truly yours,

David G. Banes

Att: (Dr. Perez' C.V.)

Exc