

# fejeran v. freedom air

4 messages

**George Hasselback <george.hasselback@gmail.com>**  Mon, Aug 21, 2006 at 10:22 AM
To: David Ledger <dledger@carlsmith.com>

David,

I have reviewed our past discovery and there is an issue or two that I would like to get resolved before we get into our fact depositions. I have a few questions that I think it would be appropriate we have answered before we conduct our 30(b)(6) deposition. Would you be amenable to recieving a few more interrogatories regarding the stairway? Again, these are questions that I have formulated in light of the inspection of the stairway by Mr. Perez, and I think that they can really help us streamline our additional fact discovery.

Thanks again, and let me know what you think.

George.

--
George LLoyd Hasselback, Esq.
O'Connor, Berman, Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Phone: (670) 234-5684
Fax: (670) 234-5683

This message originates from the law firm of O'Connor, Berman, Dotts & Banes. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of O'Connor, Berman, Dotts & Banes. This message may not be copied or distributed without this disclaimer. If you received this message in error, please delete this message immediately and inform the sender of the error.

Thank You

**David P. Ledger <dledger@carlsmith.com>**  Tue, Aug 22, 2006 at 9:18 AM
To: George Hasselback <george.hasselback@gmail.com>
Cc: "June M.C. Borja" <JBorja@carlsmith.com>

George- Go ahead and serve the interrogatories and let me reserve Freedom Air's position until after seeing the interrogatories.

By the way, you did see my e-mail regarding the use of your client's authorization to release medical

records for the MR Imaging deposition ?

Last, I will be back on island in a few days and at that time catch up on our joint request to the court for more time for certain discovery and a new trial date.

Best regards

**From:** George Hasselback [mailto:george.hasselback@gmail.com]
**Sent:** Mon 8/21/2006 10:22 AM
**To:** David P. Ledger
**Subject:** fejeran v. freedom air

[Quoted text hidden]

---

**George Hasselback <george.hasselback@gmail.com>**     Tue, Aug 22, 2006 at 9:30 AM
To: "David P. Ledger" <dledger@carlsmith.com>

David,

Yes, I did see your question regarding the MR Imaging deposition. Go ahead and do as you suggested and if there are any problems, let me know.

I will send over the discovery requests. Primarily, while your discovery response says that there have been no "modifications" on the stairway, I would like to be a little more thorough. I don't think that these will take too much time.

Please give me a buzz when you're back on island and I'll send over my draft of the motion.

George.

[Quoted text hidden]

---

**David P. Ledger <dledger@carlsmith.com>**     Tue, Aug 22, 2006 at 1:08 PM
To: George Hasselback <george.hasselback@gmail.com>

George- thanks. I will call you when back in the office.

**From:** George Hasselback [mailto:george.hasselback@gmail.com]
**Sent:** Tue 8/22/2006 9:30 AM
**To:** David P. Ledger
**Subject:** Re: fejeran v. freedom air

[Quoted text hidden]