FILED
Clerk
District Court

OCT 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR,<br><br>Defendant. | CIVIL ACTION NO. 05-0033<br><br>AMENDED CASE MANAGEMENT SCHEDULING ORDER |

Pursuant to the Parties' joint motion for new case management dates the Court conducted a Status Conference on September 22, 2006. George Hasselback appeared on behalf of the Plaintiff and David Ledger appeared on behalf of the Defendant. After hearing from Counsel, and good cause appearing therefore, the Court ordered that the Case Management Order be amended as follows:

    1.    Trial:    August 27, 2007;

    2.    Pre-trial Conference:    August 17, 2007 at 9:00 a.m.;

C:\Documents and Settings\dpl\Local Settings\Temporary Internet Files\OLK5\Amended Case Management Scheduling Order (Freedom Air-Fejeran).doc

Ex. C

3.   Discovery cutoff:   May 1, 2007, by stipulation of Counsel, and as hereby Ordered, all written discovery shall be served by this date and all fact witness depositions shall be completed by this date.

4.   Expert witness discovery:   June 1, 2007, by stipulation of Counsel, and as hereby Ordered, all expert witness depositions shall be completed;

5.   Motion cutoff:   July 2, 2007, by stipulation of Counsel, and as hereby Ordered motions to be briefed and noticed so as to be heard by this date;

6.   Settlement Conference:   July 29, 2007 at 9:00 a.m..

SO ORDERED: _10-31-06_.    30 4PM

_____
HONORABLE ALEX R. MUNSON
District Judge

SO STIPULATED:
DATED: ~~September~~ OCTOBER 15, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

SO STIPULATED:
DATED: ~~September~~ OCTOBER 24, 2006.

O'CONNOR BERMAN DOTTS & BANES

_____
GEORGE L. HASSELBACK
Attorneys for Plaintiffs
Moses T. Fejeran and Qianyan S. Fejeran