He



**George Hasselback <george.hasselback@gmail.com>**

# Fejeran v. Freedom Air.

2 messages

---

**David P. Ledger <dledger@carlsmith.com>**                **Tue, Oct 17, 2006 at 9:24 AM**
To: George Hasselback <george.hasselback@gmail.com>
Cc: "June M.C. Borja" <JBorja@carlsmith.com>

Dear George:  Here, again, is the proposed Amended Case Management Order, last sent to you on
October 4, 2006.  May I suggest that the time has come to submit the order. Please let me have your
comments, if any, or your signature on the document.

Also, I would like to follow up on the discussion we had concerning expert witnesses.  First, though Mr.
Perez's report was supposed to be available to us by the end of September 2006, we do not have it.
Please follow up with Mr. Perez and obtain his report for us, so as to permit us to move ahead with our
rebuttal work.  Second, what is the status of arrangements to have the life-care evaluation and
defendant's IME conducted at the same time in Honolulu, Hawaii, where defendant's medical expert is
located ?  We need to come to some sort of arrangements on this and get it set up. We do not
anticipate any scheduling difficulties with our medical expert, yet we do need some advance dates to
work with.

I look forward to your soonest possible response.

Thank you,

David Ledger
Partner, Carlsmith Ball LLP (Guam, U.S.A.)
Office ph: 671 472 6813, ext. 302
Office fax:  671 477 4375
Mobile:  671 688 3352
dledger@carlsmith.com


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE: This message contains confidential and privileged information. If it has been sent to you in
error, please reply to inform the sender of the error and then delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**Amended Case Management Scheduling Order (Freedom Air-Fejeran).doc**
51K

---

**George Hasselback <george.hasselback@gmail.com>**      **Tue, Oct 24, 2006 at 10:58 AM**
To: "David P. Ledger" <dledger@carlsmith.com>

David,

Please excuse my lack of response.  I have just finished the first half of a bench trial that went much
less smoothly than anticipated.  When you have some time, I will have to fill you in.  There are quite a

Ex. D

few great stories coming out of this one.

In any event, I would suggest one more change to your proposed schedule. Right now the discovery cutoff date and the motion cutoff date are on the same day. I would suggest that we put the discovery cutoff on May 1, 2007 and make the July 2, 2007 date the date upon which dispositive motions are to be heard before the Court. That way, we can have responses to our respective discovery requests (I doubt there will be any that are that tardy, but you never know) and still have time to digest them and draft any motions that we would need. What do you think?

Also, I have contacted Mr. Perez regarding his report and will let you know as soon as I hear something.

Finally, I have a meeting with my client on Friday where we will be discussing some issues with expert witnesses. I will be able to let you know then what we plan on doing with regard to any interviews with his life care planner. I will give you a call Friday afternoon or Monday morning and let you know what we plan on doing.

Thanks again for all of your patience David, and let me know what you think of the scheduling changes.

George.


[Quoted text hidden]

--
George LLoyd Hasselback, Esq.
O'Connor, Berman, Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Phone: (670) 234-5684
Fax: (670) 234-5683

This message originates from the law firm of O'Connor, Berman, Dotts & Banes. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of O'Connor, Berman, Dotts & Banes. This message may not be copied or distributed without this disclaimer. If you received this message in error, please delete this message immediately and inform the sender of the error.

Thank You