

George Hasselback <george.hasselback@gmail.com>

# Fejeran v. Freedom Air
4 messages

---

**David P. Ledger** <dledger@carlsmith.com>      Tue, Jan 16, 2007 at 10:05 AM
To: George Hasselback <george.hasselback@gmail.com>
Cc: "June M.C. Borja" <JBorja@carlsmith.com>

Dear George: I now have instructions from my client with regard to the delinquent report of your expert witness Frank Perez. As you recall, we gave short-notice access to the aircraft about 6 months ago to accommodate Mr. Perez as he happened to be visiting Guam on other matters. After putting the matter before the Court, a resolution was reached which was quite simple: Mr. Perez was permitted to inspect the aircraft on short notice and we would get a copy of his report. It is now time for Mr. Perez and your client to live up to their end of the bargain. Our granting short-notice access to Mr. Perez saved your client thousands of dollars which would have been spent to bring Mr. Perez to Guam on a trip dedicated for this case. I am confident Judge Munson would not view favorably that Mr. Perez has yet to deliver his report after having spent court time mediated arrangements which saved your client time and money. Please be advised that unless the report is provided not later than January 31, 2007, we will request a conference with the court to resolve this issue. Additionally, no discovery from Freedom Air employees will be permitted until we have Mr. Perez's report.

Best regards,

David Ledger
Partner, Carlsmith Ball LLP (Guam, U.S.A.)
Office ph: 671 472 6813, ext. 302
Office fax: 671 477 4375
Mobile: 671 688 3352
dledger@carlsmith.com

*************************************************************
NOTICE: This message contains confidential and privileged information. If it has been sent to you in error, please reply to inform the sender of the error and then delete this message. Thank you.
*************************************************************

---

**George Hasselback** <george.hasselback@gmail.com>      Tue, Jan 16, 2007 at 10:23 AM
To: David Banes <dbanes@saipan.com>

So much for cooperation. I can't say that I'm surprised by this.

George.

[Quoted text hidden]

[Quoted text hidden]

--
George LLoyd Hasselback, Esq.
O'Connor, Berman, Dotts & Banes
Second Floor, Nauru Building