1 | CARLSMITH BALL LLP
2 | DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
3 | Capitol Hill
Post Office Box 5241
4 | Saipan, MP 96950-5241
Tel No. 670.322.3455
5 |
6 | Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| MOSES T. FEJERAN and QIANYAN S. FEJERAN, | CIVIL ACTION NO. 05-0033 |
|---|---|
| Plaintiffs, | **STIPULATION FOR CONTINUANCE OF DEFENDANT'S OPPOSITION TO MOTION TO COMPEL AND PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO COMPEL AND CONTINUANCE OF DEFENDANT'S REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE FRANK PEREZ AS AN EXPERT WITNESS AND TO ORDER IME** |
| vs. | |
| AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR, | |
| Defendant. | |
| | DATE: March 15, 2007 TIME: 1:30 p.m. |

**WHEREAS,** Defendant AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR had miscalendared the deadline for the Opposition to Motion to Compel and Reply to Plaintiffs' Opposition to Motion to Strike Frank Perez as an Expert Witness and to Order IME; and

WHEREAS, Plaintiffs agree to allow Defendant more time to file its Opposition to Plaintiffs' Motion to Compel and its Reply to Plaintiffs' Opposition to Motion to Strike Frank

4845-3067-7761.1.059303-00001

1  Perez as an Expert Witness and to Order IME;

2  **IT IS HEREBY AGREED AND STIPULATED** by and between the parties hereto, through their respective Counsel of record, that the deadline to file an Opposition to Plaintiffs' Motion to Compel and the deadline to file a Reply to Plaintiffs' Opposition to Motion to Strike Frank Perez as an Expert Witness and to Order IME be continued to March 5, 2007, and the deadline to file the Reply to Opposition to Motion to Compel be continued to March 12, 2007.

SO STIPULATED AND AGREED to this 1st day of March 2007.

CARLSMITH BALL LLP

/s/
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

SO STIPULATED AND AGREED to this 1st day of March 2007.

O'CONNOR BERMAN DOTTS & BANES

DAVID G. BANES
Attorneys for Plaintiffs
Moses T. Fejeran and Qianyan S. Fejeran

4845-3067-7761.1.059303-00001                    2.