```
 1  CARLSMITH BALL LLP
 2  DAVID LEDGER (CNMI BAR NO. F0195)
    Carlsmith Ball LLP Building
 3  Capitol Hill
    Post Office Box 5241
 4  Saipan, MP 96950-5241
    Tel No. 670.322.3455
 5
    Attorneys for Defendant
 6  Aviation Services (CNMI), Ltd. dba Freedom Air
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and<br>QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI),<br>LTD. dba FREEDOM AIR,<br><br>Defendant. | CIVIL ACTION NO. 05-0033<br><br>**DEFENDANT AVIATION SERVICES (CNMI) LTD. DBA FREEDOM AIR'S OPPOSITION TO MOTION TO COMPEL; CERTIFICATE OF SERVICE**<br><br>HEARING DATE: MARCH 15, 2007<br>TIME: 1:30 P.M. |

**DEFENDANT AVIATION SERVICES (CNMI) LTD. DBA FREEDOM AIR'S
OPPOSITION TO MOTION TO COMPEL**

The substance of this Opposition to the Motion to Compel is briefed in Defendant Aviation Services (CNMI), Ltd. dba Freedom Air's Motion to Strike Frank Perez as an Expert Witness and to Order IME, filed February 6, 2007, and its Reply Memorandum in Support of its Motion to Strike, filed concurrently herewith. Defendant herein incorporates the arguments presented in its Motion to Strike and Reply Memorandum. Further, without unnecessarily restating the issues already before the Court under the Motion to Strike, Defendant makes the

4811-3991-0401.1.059303-00001

following points specifically in response to the Motion to Compel:

1. Plaintiffs' expert Frank Perez inspected Defendant's aircraft in August 2006.

2. Through motions and various emails, Plaintiffs represented to the Court and to Defendant's counsel that it would disclose an expert report by late September 2007. They failed to do so and to this day have failed to do so.

3. Plaintiffs now have had seven months to produce Mr. Perez's report, leaving only one month for Defendant's expert report to inspect the plane and compile his own expert report and rebuttal expert report. As a result, Defendant has been prejudiced by not being allowed adequate time to prepare its own expert report.

4. The information Plaintiffs requested and sought to be compelled pertains to the heights of the risers, the widths of treads, and the railings, all of which directly relate to Mr. Perez's testimony. However, Mr. Perez's report is now untimely.

5. Because of the untimely report, the Court has grounds to strike Mr. Perez as an expert witness, as there is no purpose to disclose the information requested.

6. Plaintiffs cite but fail to make a few important points outlined in *Jayne H. Lee, Inc. v. Flagstaff Indus. Corp.*, 173 F.R.D. 651 (D. Md. 1997). Specifically, *Jayne H. Lee* discusses at length the timely and cooperative measures that counsel must strive to maintain when it comes to discovery disputes. Plaintiffs have failed to meet the *Jayne H. Lee* standard of timeliness and cooperation by failing to provide Mr. Perez's report by the agreed-upon late-September deadline.

7. It is furthermore ironic that Plaintiffs - who have failed to produce an expert report within the past seven months and now seek an additional two months to compile - now seek to impose sanctions on Defendant. There is no justification for imposing any sanctions

on Defendant in light of the extreme untimeliness of Mr. Perez's report and the present Motion to Strike Mr. Perez's testimony.

In sum, Plaintiffs' Motion to Compel should be denied because it seeks the disclosure of information for a report that should have been submitted six months ago, and which now cannot be disclosed without imposing great prejudice on Defendant. Moreover, the request for sanctions should be denied on the grounds that Plaintiff is at fault for the late disclosure of Mr. Perez's report, and the subsequent irrelevance of his expert opinions.

DATED: Hagåtña, Guam, March 5, 2007.

CARLSMITH BALL LLP

/s/ David P. Ledger
_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
  dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby declares that on the 5th day of March 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **DEFENDANT AVIATION SERVICES (CNMI) LTD. DBA FREEDOM AIR'S OPPOSITION TO MOTION TO COMPEL; CERTIFICATE OF SERVICE** upon the following Counsel of record.

> George L. Hasselback, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: March 5, 2007.

/s/ David P. Ledger

_____
DAVID LEDGER

4811-3991-0401.1.059303-00001