1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                    UNITED STATES DISTRICT COURT
9
                              FOR THE
10
                      NORTHERN MARIANA ISLANDS
11

12

13 MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
   QIANYAN S. FEJERAN,
14
              Plaintiffs,
15
       vs.                           NOTICE OF DEPOSITION;
                                     CERTIFICATE OF SERVICE
16
   AVIATION SERVICES (CNMI), LTD.
17 dba FREEDOM AIR,

18            Defendant.

19
   TO:   Larry B. Hocog, M.D.
20       **COMMONWEALTH HEALTH CLINIC (SAIPAN)**
         **Lower Navy Hill**
21       **Saipan, MP 96950**

22     **PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air,

23 Defendant in the above-entitled action, will take the deposition of the **LARRY B. HOCOG,**

24 **M.D.** at the law offices of Carlsmith Ball LLP, Capitol Hill, Carlsmith Ball LLP Building,

25 Saipan, MP 96950 on **Friday, June 1, 2007, at 10:00 o'clock a.m.**.

26
       The deposition will be recorded pursuant to the Rules of Civil Procedure for the District
27
28 Court for the Northern Mariana Islands. If said deposition is not completed on the date set out

4839-1491-4049.1.059303-00001

1  above, the taking of the depositions will be continued from day to day thereafter, except for
2  Sundays and holidays, at the same place, until completed.

      DATED: Hagåtña, Guam, May 21, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of May 2007, I will cause to be served, via electronic filing/service, a true and correct copy of the **NOTICE OF RECORDS DEPOSITION; CERTIFICATE OF SERVICE** upon the following Counsel of record.

> George L. Hasselback, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: May 21, 2007.

_____
DAVID LEDGER