1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                    UNITED STATES DISTRICT COURT
9
                              FOR THE
10
                    NORTHERN MARIANA ISLANDS
11

12

13  MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
    QIANYAN S. FEJERAN,
14
                 Plaintiffs,
15
       vs.                            SUBPOENA DUCES TECUM;
                                      CERTIFICATE OF SERVICE
16
    AVIATION SERVICES (CNMI), LTD.
17  dba FREEDOM AIR,

18               Defendant.

19
    TO:   **LARRY B. HOCOG, M.D.**
20        **COMMONWEALTH HEALTH CLINIC (SAIPAN)**
          **Lower Navy Hill**
21        **Saipan, MP 96950**

22

23      You are hereby commanded to appear for the taking of your deposition in the above-

24  entitled action. The deposition will be taken at the offices of Carlsmith Ball LLP, Capitol Hill,

25  Carlsmith Ball LLP Building, Saipan, MP 96950 on **Friday, June 1, 2007, at 10:00 a.m.** on

26  behalf of Defendant in the above-entitled action. You are hereby commanded to bring the

27  following items to the deposition.

28

4843-8467-6097.1.059303-00001

1.     1.     Medical records for your patient, Mr. Moses Fejeran, Social Security Number 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, Date of Birth July 30, 1940.

2.     All correspondence you have received from or sent to Mr. Fejeran's lawyers, whose names appear on the accompanying Certificate of Service

DATED: Hagåtña, Guam, May 21, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of May 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **SUBPOENA DUCES TECUM; CERTIFICATE OF SERVICE** upon the following Counsel of record.

> George L. Hasselback, Esq.
> David Banes, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: May 21, 2007.

_____
DAVID LEDGER

4843-8467-6097.1.059303-00001                  3.