F I L E D
Clerk
District Court

MAY 2 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN, and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD., dba FREEDOM AIR<br><br>Defendants. | Civil Action No. 05-0033<br><br><u>ORDER SETTING STATUS/SETTLEMENT CONFERENCE</u> |

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

David P. Ledger
Attorney at Law
Suite 201 Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

IT IS ORDERED that a Status/Settlement Conference in the above case is set for Thursday, June 14, 2007, at 9:00 a.m.

DATED this 25th day of May, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)