CARLSMITH BALL LLP

JOHN D. OSBORN (CNMI Bar No. F0172)
DAVID P. LEDGER (CNMI Bar No. F0195)
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN, <br><br>    Plaintiffs, <br><br>  vs. <br><br> AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR, <br><br>    Defendant. | CIVIL ACTION NO. 05-0033 <br><br> ENTRY OF APPEARANCE |

Comes now John D. Osborn of Carlsmith Ball LLP and hereby enters his appearance as co-counsel for Defendant Aviation Services (CNMI), Ltd dba Freedom Air.

CARLSMITH BALL LLP

DATED: Saipan, MP, May 31, 2007.
　　　　　　　　　　　　　　　　　　　/s/ *John D. Osborn*
　　　　　　　　　　　　　　　　　　　JOHN D. OSBORN
　　　　　　　　　　　　　　　　　　　DAVID P. LEDGER
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Aviation Services (CNMI), Ltd.
　　　　　　　　　　　　　　　　　　　dba Freedom Air

4838-4898-5857.1.059303-00001