F I L E D
Clerk
District Court

JUN 1 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN, and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD., dba FREEDOM AIR<br><br>Defendants. | Civil Action No. 05-0033<br><br>AMENDED CASE MANAGEMENT<br>SCHEDULING ORDER |

David P. Ledger
Attorney at Law
Suite 201 Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

The Case Management Scheduling Order in the above case is amended as follows:

1. The Pre-trial Conference scheduled for Friday August 17, 2007, is rescheduled to Friday, September 14, 2007, at 9:00 a.m.

2. The Trial scheduled for Monday, August 27, 2007, is rescheduled to Monday, September 24, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED THIS 14TH day of June, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)