CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN, <br><br> Plaintiffs, <br><br> vs. <br><br> AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR, <br><br> Defendant. | CIVIL ACTION NO. 05-0033 <br><br><br> **SUBPOENA DUCES TECUM; CERTIFICATE OF SERVICE** |

TO:  Custodian of Records
    BOSTER, KOBAYASHI & ASSOCIATES
    59 Rickenbacker Circle
    Livermore, California

You are hereby directed to produce at the offices of County Legal & Notary Service, 255 North Market Street, Suite 246, San Jose, California 95110 on June 4, 2007 the following items:

      1.    For the past five years, case files, including opinions, for each case you have worked on in which the lack of a handrail on an aircraft stair was an issue in the case or a

4818-0111-5905.1.059303-00001

factor you considered. If you have not worked on any such case in the past five years, then this request applies to the last five (or as the case may be, fewer) such cases you have worked on.

        2.     For the past five years, case files, including opinions, for each case you have worked on in which stair tread and riser variation was an issue in the case or a factor considered. If you have not worked on any such case in the past five years, then this request applies to the last five (or as the case may be, fewer) such cases you have worked on.

        3.     For the past five years, case files, including opinions, for each case you have worked on in which riser variation was an issue in the case or a factor you considered. If you have not worked on any such case in the past five years, then this request applies to the last five (or as the case may be, fewer) such cases you have worked on.

        4.     For the past five years, all case files, including opinions, for cases which involved an aircraft stairway. This includes situations where the stair was a "roll-up" stair and cases where the stair was permanently attached to the aircraft, as in this Freedom Air case. If you have not worked on any such case in the past five years, then this request applies to the last five (or as the case may be, fewer) such cases you have worked on.

DATED: Hagåtña, Guam, May 23, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of June 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **SUBPOENA DUCES TECUM; CERTIFICATE OF SERVICE** upon the following Counsel of record.

>George L. Hasselback, Esq.
>David Banes, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: June 19, 2007.

*[signature]*
DAVID LEDGER

4818-0111-5905.1.059303-00001      3.