1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                    UNITED STATES DISTRICT COURT
9
                              FOR THE
10
                      NORTHERN MARIANA ISLANDS
11

12

13  MOSES T. FEJERAN and           CIVIL ACTION NO. 05-0033
    QIANYAN S. FEJERAN,
14
                Plaintiffs,
15
       vs.                         **NOTICE OF DEPOSITION;**
16                                 **CERTIFICATE OF SERVICE**
    AVIATION SERVICES (CNMI), LTD.
17  dba FREEDOM AIR,

18              Defendant.

19
    TO:   **MR. FRANK PEREZ**
20        **by and through Plaintiffs Attorney of Record**
          **David G. Banes, Esq.**
21        **O'Connor Berman Dotts & Banes**
          **Second Floor, Nauru Building**
22        **Post Office Box 501969**
          **Saipan, MP 96950**
23

24        **PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air,

25  Defendant in the above-entitled action, will take the deposition of **Mr. FRANK PEREZ** at the

26  Sheraton Portland Airport Hotel, 8235 Northeast Airport Way, Portland, Oregon 97220

27  (Telephone No.: 503-281-2500) on **Friday, June 29, 2007, at 4:00 o'clock p.m.**.

28

4850-7916-4929.1.059303-00001

1      The deposition will be recorded pursuant to the Rules of Civil Procedure for the District
2  Court for the Northern Mariana Islands. If said deposition is not completed on the date set out
3  above, the taking of the depositions will be continued from day to day thereafter, except for
4  Sundays and holidays, at the same place, until completed.
5  
6      DATED: Hagåtña, Guam, June 22, 2007.
7  CARLSMITH BALL LLP
8                                   DAVID LEDGER
                                 Attorneys for Defendant
9                                 Aviation Services (CNMI), Ltd.
                               dba Freedom Air

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of June 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **NOTICE OF DEPOSITION** to the following Counsel of record.

> David G. Banes, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: June 22, 2007.

_____
DAVID LEDGER