1    CARLSMITH BALL LLP

2    DAVID LEDGER (CNMI BAR NO. F0195)
     Carlsmith Ball LLP Building
3    Capitol Hill
     Post Office Box 5241
4    Saipan, MP 96950-5241
     Tel No. 670.322.3455
5
6    Attorneys for Defendant
     Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                    UNITED STATES DISTRICT COURT
9
                            FOR THE
10
                   NORTHERN MARIANA ISLANDS
11

12

13   MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
     QIANYAN S. FEJERAN,
14
                Plaintiffs,
15
          vs.                          **NOTICE OF CANCELLATION OF
16                                      DEPOSITION; CERTIFICATE OF
     AVIATION SERVICES (CNMI), LTD.    SERVICE**
17   dba FREEDOM AIR,
18              Defendant.

19   **TO:    MR. FRANK PEREZ**
20   **       by and through Plaintiffs Attorney of Record**
     **       David G. Banes, Esq.**
21   **       O'Connor Berman Dotts & Banes**
     **       Second Floor, Nauru Building**
22   **       Post Office Box 501969**
     **       Saipan, MP 96950**
23
24           PLEASE TAKE NOTICE that the deposition of Mr. FRANK PEREZ originally

25   scheduled for Friday, June 29, 2007 at 4:00 p.m., at the Sheraton Portland Airport Hotel, 8235

26   Northeast Airport Way, Portland, Oregon 97220 (Telephone No.: 503-281-2500), is

27   **CANCELLED**.

28

     4830-2507-0337.1.059303-00001

1

      DATED: Hagåtña, Guam, June 25, 2007.

2

CARLSMITH BALL LLP

3

_____
DAVID LEDGER

4

Attorneys for Defendant
Aviation Services (CNMI), Ltd.

5

dba Freedom Air

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of June 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **NOTICE OF CANCELLATION OF DEPOSITION** to the following Counsel of record.

> David G. Banes, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: June 25, 2007.

DAVID LEDGER

4830-2507-0337.1.059303-00001                    3.