```
1   CARLSMITH BALL LLP

2   DAVID LEDGER (CNMI BAR NO. F0195)
    Carlsmith Ball LLP Building
3   Capitol Hill
    Post Office Box 5241
4   Saipan, MP 96950-5241
    Tel No. 670.322.3455
5
    Attorneys for Defendant
6   Aviation Services (CNMI), Ltd. dba Freedom Air
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and<br>QIANYAN S. FEJERAN, | CIVIL ACTION NO. 05-0033 |
| Plaintiffs, | |
| vs. | **RE-NOTICE OF DEPOSITION;**<br>**CERTIFICATE OF SERVICE** |
| AVIATION SERVICES (CNMI), LTD.<br>dba FREEDOM AIR, | |
| Defendant. | |

TO:   **MR. FRANK PEREZ**
      **by and through Plaintiffs Attorney of Record**
      **David G. Banes, Esq.**
      **O'Connor Berman Dotts & Banes**
      **Second Floor, Nauru Building**
      **Post Office Box 501969**
      **Saipan, MP 96950**

**PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air, Defendant in the above-entitled action, will take the deposition of **Mr. FRANK PEREZ** at the Sheraton Portland Airport Hotel, 8235 Northeast Airport Way, Portland, Oregon 97220 (Telephone No.: 503-281-2500) on **Thursday, June 28, 2007, at 4:45 o'clock p.m.**.

4833-5045-6577.1.059303-00001

1  The deposition will be recorded pursuant to the Rules of Civil Procedure for the District
2  Court for the Northern Mariana Islands. If said deposition is not completed on the date set out
3  above, the taking of the depositions will be continued from day to day thereafter, except for
4  Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, June 26, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of June 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **RE-NOTICE OF DEPOSITION** to the following Counsel of record.

> David G. Banes, Esq.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building
> Post Office Box 501969
> Saipan, MP 96950

DATED: June 27, 2007.

_____
ELYZE J. MCDONALD

4833-5045-6577.1.059303-00001                3.