**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,** | CIVIL ACTION NO. 05-0033 |
| Plaintiffs, | |
| vs. | NOTICE OF MOTION TO AMEND COMPLAINT, ETC. |
| **AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,** | Date: August 9, 2007<br>Time: 9:00 a.m.<br>Judge: Munson |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiffs, by and through counsel, will move to Amend their Complaint, for Leave to Conduct Discovery and Retain Expert and in the Alternative, to Prevent Defendant from Asserting the Doctrine of Air Worthiness as an Affirmative Defense on August 9, 2007, at 9:00 a.m. or as soon thereafter as the matter may be heard at the above courthouse. Such Motion shall be upon the Motion, Memorandum of Law, Declarations of Counsel with Exhibits and all prior pleadings and proceedings had herein.

Dated: July 13, 2007.

          O'CONNOR BERMAN DOTTS & BANES
          Attorney for Plaintiffs Moses T. and
          Qianyan S. Fejeran

          By: _____/s/_____
            GEORGE L. HASSELBACK.