FILED
Clerk
District Court

JUL 2 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

OF THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| MOSES T. FEJERAN and<br>QIANYAN S. FEJERAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD.<br>d.b.a. FREEDOM AIR,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-0033<br><br><br>NOTICE OF TRANSCRIPT<br><br>COMPLETION |

| Mr. David Banes, Esq.<br>O'Connor Berman Dotts & Banes<br>Marianas Business Plaza, Susupe<br>P.O. Box 501969<br>Saipan, MP 96950 | Mr. David Ledger, Esq.<br>CARLSMITH BALL LLP<br>Box 5241 CHRB<br>Saipan, MP 96950 |
|---|---|

　　　　　PLEASE TAKE NOTICE that the Transcript of the Deposition of Mrs. Felicidad Boddy, taken on March 22, 2007 in the above entitled and numbered action is in the custody of LAWYERS SERVICES, Joeten Commercial Bldg.II, Suite 8, Susupe, Saipan.

　　　　　DATED this 23rd day of July, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARYANN D. CALVO
　　　　　　　　　　　　　　　　　*LAWYERS' SERVICES*
　　　　　　　　　　　　　*Joeten Commercial Bldg.,II, Suite 8, Susupe*
　　　　　　　　　　　　　　　　　*P.O. Box 1902*
　　　　　　　　　　　　　　　　　*Saipan, MP 96950*
　　　　　　　　　　　　*Tel/Fax:(670) 234-COPY/235-LINK*
　　　　　　　　　　　　*Email:maryanncalvo@hotmail.com*