```
                                                        F I L E D
                                                           Clerk
                                                       District Court
         IN THE UNITED STATES DISTRICT COURT
                                                         JUL 23 2007
                         OF THE
                                                   For The Northern Mariana Islands
                                                   By_____
         COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS    (Deputy Clerk)
```

| | |
|---|---|
| MOSES T. FEJERAN and ) <br> QIANYAN S. FEJERAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AVIATION SERVICES (CNMI), LTD. ) <br> d.b.a. FREEDOM AIR, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 05-0033 <br><br> NOTICE OF TRANSCRIPT <br><br> COMPLETION |

| | |
|---|---|
| Mr. David Banes, Esq. <br> O'Connor Berman Dotts & Banes <br> Marianas Business Plaza, Susupe <br> P.O. Box 501969 <br> Saipan, MP 96950 | Mr. David Ledger, Esq. <br> CARLSMITH BALL LLP <br> Box 5241 CHRB <br> Saipan, MP 96950 |

    PLEASE TAKE NOTICE that the Transcript of the Deposition of Mr. Ignacio Suzuki and Mr. Francisco Muna, taken on March 22, 2007 in the above entitled and numbered action is in the custody of LAWYERS SERVICES, Joeten Commercial Bldg., II, Suite 8, Susupe, Saipan.

    DATED this 23rd day of July, 2007.

/s/ Maryann D. Calvo<br>
<strong>MARYANN D. CALVO</strong><br>
<em>LAWYERS' SERVICES</em><br>
<em>Joeten Commercial Bldg.,II, Suite 8, Susupe</em><br>
<em>P.O. Box 1902</em><br>
<em>Saipan, MP 96950</em><br>
<em>Tel/Fax:(670) 234-COPY/235-LINK</em><br>
<em>Email:maryanncalvo@hotmail.com</em>