**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **MOSES T. FEJERAN and** | ) | **CIVIL ACTION NO.  05-0033** |
| **QIANYAN S. FEJERAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **REPLY BRIEF IN FURTHER** |
| | ) | **SUPPORT OF MOTION TO AMEND,** |
| **vs.** | ) | **ENLARGE TIME OR TO STRIKE** |
| | ) | |
| **AVIATION SERVICES (CNMI), LTD.** | ) | **Judge:  Munson** |
| **d.b.a. FREEDOM AIR,** | ) | **Date  : August 9, 2007** |
| | ) | **Time : 9:00 a.m.** |
| **Defendant.** | ) | |
| | ) | |