```
 1  CARLSMITH BALL LLP
 2
    DAVID LEDGER (CNMI BAR NO. F0195)
 3  Carlsmith Ball LLP Building
    Capitol Hill
 4  Post Office Box 5241
    Saipan, MP 96950-5241
 5  Tel No. 670.322.3455

 6  Attorneys for Defendant
    Aviation Services (CNMI), Ltd. dba Freedom Air
 7
 8
 9              UNITED STATES DISTRICT COURT
10                      FOR THE
11              NORTHERN MARIANA ISLANDS
12
13  MOSES T. FEJERAN and      |
    QIANYAN S. FEJERAN,       |  CIVIL ACTION NO. 05-0033
14                            |
                Plaintiffs,   |
15                            |
        vs.                   |  DEFENDANT'S RESPONSE TO
16                            |  PLAINTIFFS REQUESTS FOR
    AVIATION SERVICES (CNMI), LTD.  PRODUCTION OF DOCUMENTS;
17  dba FREEDOM AIR,          |  CERTIFICATE OF SERVICE
18                            |
                Defendant.    |
19  _____|
```

Defendant Aviation Services (CNMI), Ltd. dba Freedom Air, hereby responds to Plaintiffs Requests for Production of Documents as follows:

**Request No. 1:** Please produce any and all DOCUMENTATION within YOUR custody, possession or control that RELATED TO any policies and/or procedures, either written or spoken, official or unofficial, that YOU had in force at the time of the OCCURRENCE to ensure that the methods and instrumentalities by which passengers embark and/or disembark from YOUR aircraft were reasonably safe.

Law Offices
O'Connor Berman Dotts & Banes
RECEIVED
By: Jhen
Date: 5/8/06
Time: 4:11 pm

1  **Response to Request No. 1:** Defendant objects to the request on the grounds that it is overly broad as to scope and time frame and could possibly encompass attorney work product and attorney-client communications. Subject to the objection and without waiving it, responsive documents have been produced.

**Request No. 2:** Please produce any and all DOCUMENTATION within your custody, possession or control that RELATES TO any and all PEOPLE to your knowledge who have slipped, tripped, fallen or otherwise had any accident while embarking or disembarking from any of YOUR aircraft regardless of the method or instrumentality used in said embarkation or disembarkation regardless of whether or not that particular PERSON suffered any injury or not.

**Response to Request No. 2:** Defendant objects to the request on the grounds that it is overly broad as to scope and time frame and could possibly encompass attorney work product and attorney-client communications. Subject to the objection and without waiving it, if responsive documents exist they will be produced. Documents within the scope of the request which are withheld for any reason will be noted on a privilege log.

**Request No. 3:** Please produce any and all DOCUMENTATION within your custody, possession or control RELATED TO any policy or procedure, written or spoken, official or unofficial, that YOU had in force at the time of the OCCURRENCE that governed the actions of YOUR employees when a passenger on any of YOUR aircraft is injured in any way.

**Response to Request No. 3:** Defendant objects to the request on the grounds that it is overly broad as to scope and time frame and could possibly encompass attorney work product and attorney-client communications. Subject to the objection and without waiving it, responsive documents have been produced.

**Request No. 4:** Please produce any and all DOCUMENTATION within your custody, possession or control RELATED TO any and all PEOPLE to your knowledge who have slipped, tripped, fallen or otherwise had any accident while embarking or disembarking from any of

1     **Response to Request No. 8:** Documents responsive to this request have been
2 produced.

3

4     **Request No. 9:** To the extent you have not already done so, please produce all written
5 or recorded statements, notes, or recorded interviews of any PERSON YOU contend has
6 RELEVANT knowledge of any of the allegations in the Complaint, including but not limited to
7 the OCCURRENCE and Plaintiff Moses Fejeran's INJURIES.

8     **Response to Request No. 9:** Defendant objects to the request on the grounds that it
9 could possibly encompass attorney work product and attorney-client communications. Subject to
10 the objection and without waiving it, responsive documents have been produced. Documents
11 within the scope of the request which are withheld for any reason will be noted on a privilege
12 log.

13

14     **Request No. 10:** Please produce any and all DOCUMENTS depicting, showing or
15 otherwise re-enacting the OCCURRENCE.

16     **Response to Request No. 10:** None.

17

18     **Request No. 11:** Please produce any and all DOCUMENTS which YOU contend are
19 RELEVANT to the extent of Plaintiff Moses Fejeran's INJURIES.

20     **Response to Request No. 11:** None.

21

22     **Request No. 12:** Please produce all DOCUMENTS that YOU will use or offer into
23 evidence at trial in this matter.

24     **Response to Request No. 12:** Defendant objects to this request on the grounds that a
25 response to it would reveal attorney mental impressions and work product. Additionally, the
26 request prematurely seeks a trial exhibit list. Subject to the objections and without waiving
27 either one, documents which may be used at trial will be produced or disclosed, but without
28 designating them as such. Documents within the scope of the request which are withheld for any

reason will be noted on a privilege log.

**Request No. 13:** Please produce any and all DOCUMENTS, including but not limited to photographs or videotapes, depicting, showing or reflecting either Plaintiff since the OCCURRENCE that YOU contend are RELEVANT to this lawsuit.

**Response to Request No. 13:** None.

**Request No. 14:** To the extent not already done so, please produce all RELEVANT DOCUMENTS received from any PERSON.

**Response to Request No. 14:** Defendant objects to the request on the grounds that it could possibly encompass attorney work product and attorney-client communications. Subject to the objection and without waiving it, if responsive documents exist they will be produced. Documents within the scope of the request which are withheld for any reason will be noted on a privilege log.

**Request No. 15:** To the extent not already done so, please produce all DOCUMENTS YOU contend are RELEVANT to any of YOUR affirmative defenses.

**Response to Request No. 15:** Defendant objects to the request on the grounds that it could possibly encompass attorney work product and attorney-client communications. Subject to the objection and without waiving it, if responsive documents exist they will be produced. Documents within the scope of the request which are withheld for any reason will be noted on a privilege log.

**Request No. 16:** Please produce any and all DOCUMENTS YOU contend are RELEVANT to YOUR claim that Plaintiff's Complaint fails to state a valid cause of action.

**Response to Request No. 16:** Defendant objects to the request on the grounds that it could possibly encompass attorney work product and attorney-client communications. Subject to the objection and without waiving it, if responsive documents exist they will be produced.

1  Documents within the scope of the request which are withheld for any reason will be noted on a
2  privilege log.
3
4  **Request No. 17:** Please produce any incident report or other DOCUMENT reflecting
5  any investigation by YOU of the OCCURRENCE including but not limited to any report YOU
6  filed with any local or federal Government agency including but not limited to the CPA and the
7  Federal Aviation Administration.
8  **Response to Request No. 17:** Documents responsive to this request will be produced.
9
10    DATED: Hagåtña, Guam, May 8, 2006.
11  CARLSMITH BALL LLP
12
           DAVID LEDGER
13         Attorneys for Defendant
           Aviation Services (CNMI), Ltd.
14         dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May 2006, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT'S RESPONSE TO PLAINTIFFS REQUESTS FOR PRODUCTION OF DOCUMENTS** to the following Counsel of record.

    David G. Banes, Esq.
    O'Connor Berman Dotts & Banes
    Second Floor, Nauru Building
    Post Office Box 501969
    Saipan, MP 96950

DATED: May 8, 2006.

_____
DAVID LEDGER