3/13/06

1    CARLSMITH BALL LLP

2    DAVID LEDGER (CNMI BAR NO. F0195)
     Carlsmith Ball LLP Building
3    Capitol Hill
     Post Office Box 5241
4    Saipan, MO 96950-5241
     Tel No. 670.322.3455
5
     Attorneys for Defendant
6    Aviation Services (CNMI), Ltd. dba Freedom Air

7

8

9                    UNITED STATES DISTRICT COURT

10                            FOR THE

11                  NORTHERN MARIANA ISLANDS

12   MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
     QIANYAN S. FEJERAN,
13
                 Plaintiffs,
14                                     DEFENDANT'S INITIAL
          vs.                          DISCLOSURES; CERTIFICATE
15                                     OF SERVICE
     AVIATION SERVICES (CNMI), LTD.
16   dba FREEDOM AIR,

17               Defendant.

18
19        Defendant Aviation Services (CNMI), Ltd. dba Freedom Air, by and through their

20   Attorney of record, David Ledger, submit the following disclosure statement pursuant to Fed. R.

21   Civ. P. 26(a)(1) and LR 16.2CJ(d):

22        I.       Persons likely to have Discoverable Information

23              1.       Felicidad (Doll) Boddy
24                       Freedom Air
                         c/o Carlsmith Ball LLP
25                       Carlsmith Ball LLP Building
                         Capitol Hill
26                       Post Office Box 5241
                         Saipan, MO 96950-5241
27                       Tel No. 670.322.3455

28

4846-4349-3120.2

C O P Y of
Original Filed
on this date

MAR 1 5 2006

Clerk
District Court
for The Northern Mariana Islands

COPY

1
2
3
4
5
6
7
8
9
10
11

     2.    Francisco Muna
          Freedom Air
          c/o Carlsmith Ball LLP
          Carlsmith Ball LLP Building
          Capitol Hill
          Post Office Box 5241
          Saipan, MO 96950-5241
          Tel No. 670.322.3455

     3.    Inas Suzuke
          Freedom Air
          c/o Carlsmith Ball LLP
          Carlsmith Ball LLP Building
          Capitol Hill
          Post Office Box 5241
          Saipan, MO 96950-5241
          Tel No. 670.322.3455

II.   <u>Listing, Description and Location of Documents, Data Compilations and Tangible Things</u>

    1.    8/22/05 Incident Report written by Francisco Muna. (000004)

    2.    1/18/05 Incident Reports written by Felicidad Boddy. (000001-000002)

    3.    Notes regarding Moses Fejeran written by Inas Suzuke. (000003)

    4.    Transcription of Incident Reports. (000005)

    5.    Various photographs of aircraft and offloading steps. (000006-000011)

III.   <u>Description and Computation of Damages</u>

    Not applicable.

IV.   <u>Insurance Agreements</u>

    The insurance agreement is available for inspection and copying upon request.

   ///

1

V.    <u>Expert Testimony</u>

2

Defendant has not retained an expert at this time.

3

DATED: Hagåtña, Guam, March 13 , 2006.

4

CARLSMITH BALL LLP

5

6

DAVID LEDGER
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4846-4349-3120.2

-3.-

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of March 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT'S INITIAL DISCLOSURES to the following Counsel of record.

David G. Banes, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
Post Office Box 501969
Saipan, MP 96950

DATED: Hagåtña, Guam, March 13, 2006.

DAVID LEDGER

Aug 24 05 09:01a      Freedom Air                    4728080                    p.4   F

# Freedom
# Air ★ ★

### General Operations Manual
### Forms

Revision 20

08/14/03
Page: 9-10

*Dennis
for your
copy*

---

**INCIDENT REPORT  FAR 121/135**

**TO:** Joaquin Flores

**FROM:** Dell Boddy / ROTA STATION
(Felicidad Boddy)

**SUBJECT:** Moses Feyeran / 200 passenger from
Saipan / slip on the Aircraft stairs and sprain
his ankle.

**DATE:** January 18-2005

---

(In your own words, explain what happened, when did it happen, how did it happen and any other details
regarding the incident that you may remember. Use additional sheet or sheets if needed.)

Moses Feyeran come on flt 200, jr Spr. He slip on the last section
step of the Air craft stair. He was busy looking around and
talking to me and not down the steps as he comes down.
I did held him up so he will not really fall down. I ask him
if any help or assistance to go get his ankle check at the Hospit.
He said no, He is fine and This happens all the time where he lives.
Ask him are you sure? He said yes, he is OK.
At 5:00 pm He come to the counter and ask if their any seat on
tomorrow flight. I told him yes that I could take him & Moses
said it will be better to go back to Saipan even tho become for the
funeral. He is his fat cake and he could feel better at home. As for
here on Rota it will be alot of running around. He mention
that even tho he already got his hotel room Coral Gardens
and rent a car. It was OK for two of his kids are coming
in on the last flight and he seeing it.

1-18-05
Date

Name – (Print)
Felicidad Boddy
Signature

FA006

000001

1-18-05

I ask Moses again if it will be better to get his
ankle check here at the hospital before he depart for Saigon.
He said No, it's OK. He just need to rest his ankle
at home. I told him if he needed any help. Please check
with me at the counter. He said, its ok he will just
go to the restaurant and relax as his watch is always
30 minutes advance as he does not like to be late. Even
to his work, he is never late.

Before flight 300 boarding and his boarding pass
is being given to him. I have Inas Suzuki ask
him if he needed a wheel chair out to the Aircraft.

Moses Fejeran said, No it's OK. He is just fine.

If any question on this report, please give
me a call.

Thanks.
Dail.
(Felicidad Boddy)
ROTA STATION

000002

On Jan, 18 05 I was inside The office when Mrs. Boddy came in and told me that one of our passengers fell down while trying to get down from the plain. A few minutes later I was told by Mrs. Boddy to go and ask Mr. Fejeran if he need any assistant or wheelchair. I then went and asked Mr. Fejeran but he said he was Okay.

I. Suzuki

000003

Aug 24 05 09:01a     Freedom Air         4728080        p.2

# INCIDENT REPORT

TO: _Felicidad Paddy_

FROM: _Francisco Muna_

SUBJECT: _Incident Report for Moises Tejeran_

DATE: _8-22-2005_

(In your own words, explain what happen, when did it happen, how did it happen and any other details regarding the incident that you may remember. Use additional sheet or sheets if needed.)

_I Francisco Muna, Submitting my incident
report to justify Mr. Tejeran case on
January 17, 1 pm etc. I am standing
beside Mrs. Paddy, getting ready to off
load rear compartment. It happen so
fast when Mr. Tejeran missed his last steps.
I heured Mrs. Paddy given full
assistant to Mr. Tejeran. His respond is
everything is oky, then I continued off
load the rear compartment._

_Muna, Francisco_     _[signature]_
/ Name         Signature

000004

**Transcription of Incident Reports filed by Freedom Air Rota Station employees:**

**Felicidad (Doll) Boddy, Rota Station Manager:    Dated 1-18-05**

Moses Fejeran came on Flight 200 from Saipan. He slip(ped) on the last (bottom) step of the aircraft airstair. He was busy looking around and talking to me and not (looking) down (at) the steps as he came down.

I did hold him up (caught him) so he will not really fall down. I ask(ed) him if any help or assistance (was needed) (or) to go get his ankle check(ed) at the hospital. He said, "No, he is fine and this happen(s) all the time where he slips. (I) ask(ed) him, "Are you sure?" He said, "Yes, he is OK."

At 3:11 PM, he came to the counter and asked if there is any seat for the afternoon flight. I told him yes, that I could take care of him. Moses said it will be better to go back to Saipan even though he came for the funeral. For his foot ached and he could rest better at home. As for here on Rota, it will be a lot of running around. He mentioned that even though he already got his hotel room at Coral Gardens and rent a car, it was OK as two of his kids are coming in on the last flight and would be using it.

I asked Moses again if it will be better to get his ankle check(ed) here at the hospital before he depart(ed) for Saipan. He said, "No, it is OK." He just need to rest his ankle at home. I told him if he needed any help; please check with me at the counter. He said, it's OK; he will just go to the restaurant and relax, as his watch is always 30 advance, as he does not like to be late.

Before flight 300 (was) boarding, I have Inas Suzuke ask him if he needed a wheelchair out to the aircraft. Moses Fejeran said, "No, it's OK. He is just fine."

**Francisco Muna, Rota Station Agent:    Dated 8-22-05**

I Francisco Muna, submitting my incident report to justify Mr. Fejeran case on January 18. (When flight 200 (arrived), I am standing beside Mrs. Boddy getting ready to off-load (the) rear (baggage) compartment. It happen(ed) so fast (that) when Mr. Fejeran missed his last step, I heard Mrs. Boddy given (giving) him full assistant (assistance) to Mr. Fejeran. His response is, "Everything is OK." Then I continued to off-load the rear compartment.

**Inas Suzuke, Rota Station Agent:    Dated 8-22-05**

On Jan. 18, 05, I was inside the office when Mrs. Boddy came in and told me that one of our passenger fell down while trying to get down form the plane. A few minutes later, I was told by Mrs. Boddy to go and ask Mr. Fejeran if he need any assistant (assistance) or wheelchair. I then went and asked Mr. Fejeran, be he said he was okay.

FREEDOM AIR
AVSA040A

000006







