

Nota Bene: Back of ticket is blank but in copying, front comes through, see e.g. next page

