**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,**  Plaintiffs,  vs.  **AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,**  Defendant. | **CIVIL ACTION NO. 05-0033**  **STIPULATED REQUEST TO EXCEED PAGE LIMIT**  Date: August 9, 2007  Time: 9:00 a.m.  Judge: Munson |

The parties, by and through counsel, hereby stipulated and agree to request that Plaintiffs be granted leave by this Court to exceed the page limit set for Reply briefs by five (5) pages, bringing the total page limit for Plaintiffs' Reply Brief to fifteen (15) pages. This is necessary in order to adequately brief the factual and legal issues raised in Defendant's Opposition to Plaintiffs' Motion.

Dated: August 2, 2007

                                            O'CONNOR BERMAN DOTTS & BANES
                                            Counsel for Plaintiffs Moses T. and
                                            Qianyan S. Fejeran

1
2
                                            By: /s/_____
                                                          DAVID G. BANES.

Dated: August 2, 2007.

                                            Counsel for the Defendant
                                            Aviation Services (CNMI), Ltd. dba
                                            Freedom Air

                                            By: /s/_____
                                                          DAVID P. LEDGER