**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,** | **CIVIL ACTION NO. 05-0033** |
| Plaintiffs, | **PROPOSED ORDER** |
| vs. | |
| **AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,** | Date: August 9, 2007<br>Time: 9:00 a.m.<br>Judge: Munson |
| Defendant. | |

FOR GOOD CAUSE shown, and pursuant to the Stipulation of the parties, this Court hereby grants leave for Plaintiffs to exceed the ten (10) page limit on their Reply Brief to Defendant's Opposition to their Motion. Plaintiffs' Reply Brief is limited to fifteen (15) pages.

SO ORDERED: _____.

_____
Alex Munson
Judge