1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   ELYZE J. MCDONALD (CNMI BAR NO. F0358)
3  Carlsmith Ball LLP Building
   Capitol Hill
4  Post Office Box 5241
   Saipan, MP 96950-5241
5  Tel No. 670.322.3455

6  Attorneys for Defendant
   Aviation Services (CNMI), Ltd. dba Freedom Air
7

8
                    UNITED STATES DISTRICT COURT
9
                              FOR THE
10
                     NORTHERN MARIANA ISLANDS
11

12

13  MOSES T. FEJERAN and           CIVIL ACTION NO. 05-0033
    QIANYAN S. FEJERAN,
14
            Plaintiffs,
15
    vs.                            **NOTICE OF CHANGE IN**
16                                 **COUNSEL'S BAR NO.**

17  AVIATION SERVICES (CNMI), LTD.
    dba FREEDOM AIR,
18
            Defendant.
19

20  **PLEASE TAKE NOTICE** that counsel for Aviation Services (CNMI), Ltd. dba

21  Freedom Air, Defendant in the above-entitled action, Elyze J. McDonald, has been notified by

22  the CNMI Bar Association that her member number has changed to "F0358".

23  The last pleading Defendant filed in this case, DEFENDANT'S OPPOSITION TO

24  PLAINTIFF'S MOTION TO AMEND COMPLAINT AND TO ALLOW DEPOSITION OF

25  DEFENDANT; DECLARATION OF RICHARD BROWN; DECLARATION OF DAVID

26  LEDGER; EXHIBIT A; CERTIFICATE OF SERVICE, was filed noting that the Bar Number

27  for counsel Elyze J. McDonald was "F0355" as provided by the CNMI Bar Association.
28

4831-6545-6641.1.059303-00001

1  Counsel has since been advised that her correct Bar Number is "F0358."

2  DATED: Hagåtña, Guam, August 7, 2007.

3  CARLSMITH BALL LLP

*[signature: Elyze McDonald]*

ELYZE J. MCDONALD
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of August 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **NOTICE OF CHANGE IN COUNSEL'S BAR NO.** to the following Counsel of record.

>David G. Banes, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: August 7, 2007.

*/s/ Elyze McDonald*
ELYZE J. MCDONALD