# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0033                                                                                          August 9, 2007
                                                                                                             9:00  a.m.

### MOSES T. FEJERAN , et al -vs- AVIATION SERVICES (CNMI)

PRESENT:        Hon. Alex R. Munson, Chief Judge ( Presiding via telephone)
                        Faye Crozat, Court Reporter
                        K. Lynn Lemieux, Courtroom Deputy
                        David Banes, Attorney for Plaintiff
                        George Hasselback, Attorney for Plaintiff
                        David Ledger, Attorney for Defendants

PROCEEDINGS:   MOTION TO AMEND COMPLAINT

   Attorneys David Banes and George Hasselback were present on behalf of Plaintiffs.   Defendants were represented by Attorney David Ledger.

   Attorneys David Banes argued for the Plaintiffs.   Court stated that the motion sounded more like a motion in limine and that maybe that would be more appropriate.  Attorney Banes requested that the defendants agree to a shortened time hearing for the motions in limine.

   Attorney David Ledger argued on behalf of Defendants.

      Court, after hearing all argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                                                                    Adjourned 9:20 a.m.


                                                                                    /s/K. Lynn Lemieux, Courtroom Deputy