**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,<br><br>　　　　Defendant. | CIVIL ACTION NO. 05-0033<br><br>NOTICE OF MOTION IN LIMINE TO PREVENT NONDISCLOSED AFFIRMATIVE DEFENSE, ETC.<br><br>Date: August 21, 2007<br>Time: 9:30 a.m.<br>Judge: Munson |

**PLEASE TAKE NOTICE** that Plaintiffs, by and through counsel, will move the Court to Limit Defendant's Defenses and Trial Evidence to Affirmative Defenses Already Asserted in Its Answer Or in the Alternative, to Amend their Complaint, for Leave to Conduct Discovery and Retain Expert on August 9, 2007, at 9:30 a.m. or as soon thereafter as the matter may be heard at the above courthouse. Such Motion shall be upon the Motion, Memorandum of Law, Declarations of Counsel with Exhibits and all prior pleadings and proceedings had herein.

Dated: August 9, 2007.

1
2
3
                         O'CONNOR BERMAN DOTTS & BANES
                         Attorney for Plaintiffs Moses T. and
                         Qianyan S. Fejeran

4
                    By: _____/s/_____
5
                        GEORGE L. HASSELBACK.

6
7
8
9
10
11
12
K:\DAVID BANES\3189-01 FEJERAN V. FREEDOM AIR\PLEADINGS\3189-01-070710-PL-NOTMOTINLIMINE-DGB.DOC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28