**DAVID G. BANES Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,<br><br>Defendant. | ) CIVIL ACTION NO. 05-0033<br>)<br>)<br>)<br>) STIPULATION<br>)<br>)<br>)<br>)<br>) |

COMES NOW the parties, by and through counsel, and agree and stipulate as follows:

1. Plaintiffs' Motion In Limine to Limit Defendant's Defenses and Trial Evidence to any Affirmative Defenses Already Asserted in their Answer, et al. shall be heard on August 21, 2007 at 9:30 a.m.

2. Plaintiffs shall file their Motion on or before 2 p.m., August 10, 2007.

3. Defendant shall file its Opposition on or before 2 p.m. August 16, 2007.

4. Plaintiffs shall file their Reply on or before 2 p.m. on August 20, 2007.

5. Plaintiff's Motion shall be heard at 9:30 a.m. on August 21, 2007.

1
3189-01-070809- Stipulation-EPV

6. There will be a final settlement conference at 10:30 a.m. on September 7, 2007.

SO STIPULATED.

Dated: August 9, 2007

              O'CONNOR BERMAN DOTTS & BANES
              Counsel for Plaintiffs Moses T. and
              Qianyan S. Fejeran


              By: /s/_____
                DAVID G. BANES, ESQ.

Dated: August 9, 2007.

              Counsel for the Defendant
              Aviation Services (CNMI), Ltd. dba
              Freedom Air


              By: /s/_____
                DAVID P. LEDGER, ESQ.