1

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes

2

Second Floor, Nauru Building

3

P.O. Box 501969
Saipan, MP 96950

4

Telephone No. (670) 234-5684
Facsimile No. (670)234-5683

5

6

Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran

FILED
Clerk
District Court

AUG 1 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

8

9

MOSES T. FEJERAN and

10

QIANYAN S. FEJERAN,

11

Plaintiffs,

12

13

vs.

14

15

AVIATION SERVICES (CNMI), LTD.
d.b.a. FREEDOM AIR,

16

Defendant.

17

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 05-0033

ORDER GRANTING MOTION TO
EXPEDITE

Judge: Munson, Chief Judge
Hearing: August 21, 2007

18

19

The parties' schedule as set forth in the Stipulation dated August 10, 2007, is hereby

20

GRANTED.

21

IT IS SO ORDERED.

22

DATED this 13th day of August, 2007.

23

24

25

_____
Alex R. Munson
U.S. District Court Chief Judge

26

27

28

3189-01-070810-Order-mbc