CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
ELYZE J. MCDONALD (CNMI BAR NO. F0358)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR,<br><br>                    Defendant. | CIVIL ACTION NO. 05-0033<br><br>**DECLARATION OF DAVID LEDGER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS MOTION IN LIMINE TO EXCLUDE TESTIMONY OR EVIDENCE OF ANY AFFIRMATIVE DEFENSE NOT EXPLICITLY STATED IN THEIR ANSWER; EXHIBITS A-G**<br><br>**HEARING DATE: AUGUST 21, 2007 TIME: 9:30 A.M.** |

I, DAVID LEDGER, declare under penalty of perjury that the following statements are true and correct:

1.    I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2.    I would testify competently to these facts if called by the Court to do so.

3.    I am licensed to practice law in the Commonwealth of the Northern Mariana Islands and am admitted to this Court.

4.     I am the attorney for Aviation Services (CNMI), Ltd. dba Freedom Air.

5.     Attached hereto as Exhibit A is a true and correct copy of Defendant's Responses to Plaintiffs' First Set of Interrogatories.

6.     Attached hereto as Exhibit B is a true and correct copy of Defendant's Third Supplemental Rule 26 Disclosures.

7.     Attached hereto as Exhibit C is a true and correct copy of Defendant's Second Supplemental Responses to Plaintiff Qianyan S. Fejeran's First Set of Discovery Requests - Interrogatories.

8.     Attached hereto as Exhibit D is a true and correct copy of Richard T. Gill's expert report.

9.     Attached hereto as Exhibit E is a true and correct copy of the pertinent pages of the deposition transcript of Richard R. Gill.

10.     Attached hereto as Exhibit F is a true and correct copy of the pertinent pages of the deposition transcript of Frank A. Perez.

11.     Attached hereto as Exhibit G is a true and correct copy of Declaration of Richard Brown filed on July 26, 2007.

I declare under penalty of perjury that the foregoing is true, correct and complete.

EXECUTED: August 16, 2007.

DAVID LEDGER

# EXHIBIT A

1    CARLSMITH BALL LLP

2    DAVID LEDGER (CNMI BAR NO. F0195)
     Carlsmith Ball LLP Building
3    Capitol Hill
     Post Office Box 5241
4    Saipan, MO 96950-5241
     Tel No. 670.322.3455
5
     Attorneys for Defendant
6    Aviation Services (CNMI), Ltd. dba Freedom Air

7

8

9                        UNITED STATES DISTRICT COURT

10                                  FOR THE

11                        NORTHERN MARIANA ISLANDS

12

13   MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
     QIANYAN S. FEJERAN,
14
                  Plaintiffs,
15                                      DEFENDANT'S RESPONSE TO
          vs.                           PLAINTIFFS FIRST SET OF
16                                      INTERROGATORIES;
     AVIATION SERVICES (CNMI), LTD.     VERIFICATION; CERTIFICATE
17   dba FREEDOM AIR,                   OF SERVICE

18                Defendant.

19

20        Defendant Aviation Services (CNMI), Ltd. dba Freedom Air, hereby responds to

21   Plaintiffs First Set of Interrogatories as follows:

22        Interrogatory No. 1:    Please DESCRIBE IN DETAIL any and all policies and/or

23   procedures, either written or spoken, official or unofficial, that YOU had in force at the time of

24   the OCCURRENCE to ensure that the methods and instrumentalities by which passengers

25   embark and/or disembark from YOUR aircraft are reasonably safe.

26        Response to Interrogatory No. 1:    Please refer to FAR 121.131 et seq.. In addition,

27   passengers are instructed to use caution when using the aircraft stair and to use the handrail.

28

4829-1288-4480 1 059303-00001

Law Offices
O'Connor Berman ░░░░ & ░░░░
R░░░░░░░░
Jhen Bautista
4/5/06

1    When passengers use the stair an airline employee (ground agent) is stationed there to assist.

2

3        Interrogatory No. 2:   Please DESCRIBE IN DETAIL any policy or procedure, written or

4    spoken, official or unofficial, that YOU had in force at the time of the OCCURRENCE that

5    governed the actions of YOUR employees when a passenger on any of YOUR aircraft would be

6    injured in any way.

7        Response to Interrogatory No. 2:   Please refer to FAR 121.131 et seq.. Employees are

8    trained to respond to passenger incident situations. Exactly how the employee responds depends

9    on the nature of the incident. Obviously, the focus of the training and response is the safety and

10   well-being of the passenger. In this instance, the passenger was asked if he was okay and he said

11   yes. The passenger was nonetheless offered assistance and a medical check-up, which were

12   declined. The passenger was also offered use of a wheelchair, which was likewise declined. The

13   passenger was also invited to seek any help or assistance he might later need at the airline

14   counter, but none was requested.

15

16       Interrogatory No. 3:   Please DESCRIBE IN DETAIL any policy or procedure, written or

17   spoken, official or unofficial, that YOU had in force at the time of the OCCURRENCE that

18   governed any post-accident review of safety procedures and/or any post-accident inspection of

19   equipment.

20       Response to Interrogatory No. 3:   Please refer to FAR 121.135(22). The incident reports

21   for this incident will be produced in discovery.

22

23       Interrogatory No. 4:   Please IDENTIFY any and all PERSON(s) to YOUR knowledge

24   who have, in the last ten (10) years, slipped, tripped, fallen or otherwise had any accident, or

25   have complained of having any such accident, while embarking or disembarking from any of

26   YOUR aircraft regardless of the method or instrumentality used in said embarkation or

27   disembarkation and regardless of whether or not that particular PERSON suffered any injury or

28   not.

1    <u>Response to Interrogatory No. 4</u>:    Defendant objects to this interrogatory on the grounds

2    that it is vague and overly broad as to scope and time frame, in particular, with regard to "any

3    accident" in the past "10 years".    Subject to and without waiving the objection, the following

4    persons have been involved in embarkation and disembarkation incidents during the past five (5)

5    years:  None

6

7    <u>Interrogatory No. 5</u>:    Please DESCRIBE IN DETAIL the actions taken by YOUR

8    employees in response to any incident in which any PERSON, in the last ten (10) years, slipped,

9    tripped, fell or otherwise had any accident, or have complained of any such accident, while

10   embarking or disembarking from any of your aircraft regardless of the method of the method or

11   instrumentality used in said embarkation or disembarkation regardless of whether or not that

12   particular PERSON suffered any injury or not.  In so describing:

13        a.      IDENTIFY whatever employees were involved in said response(s),

14        b.      DESCRIBE IN DETAIL the actions that they took,

15        c.      DESCRIBE IN DETAIL any DOCUMENTATION that said employees generated

16   in responding to any such incident,

17        d.      And, DESCRIBE IN DETAIL any subsequent changes in any of YOUR policies

18   and/or procedures, spoken or written, official or unofficial, undertaken as a result of any said

19   incidents.

20   <u>Response to Interrogatory No. 5</u>:    Defendant objects to this interrogatory on the grounds

21   that it is vague and overly broad as to scope and time frame, in particular, with regard to "any

22   accident" in the past "10 years".    Subject to and without waiving the objection, please see the

23   following information for embarkation and disembarkation incidents during the past five (5)

24   years: Not applicable.

25

26   <u>Interrogatory No. 6</u>:    Please DESCRIBE IN DETAIL ALL FACTS YOU contend are

27   RELEVANT TO YOUR general and specific denial that DEFENDANT breached its duty to

28   maintain the methods and/or instrumentalities used by YOUR passengers to embark upon and

1    disembark from YOUR aircraft in a reasonably safe manner as stated in YOUR Answer.

2        Response to Interrogatory No. 6:   There was nothing wrong with the aircraft stair and the

3    proper warnings and cautions were given to the passengers concerning use of the stair.   Said

4    another way, the no-breach-of-duty defense is established by the *absence* of any fact which

5    would show or event tend to show any unlawful act or omission on the part of Defendant. It is

6    Plaintiff's burden to establish fact sufficient to  prove negligence, yet  Plaintiff has no such facts.

7    On the other hand, there are facts which show or tend to show that the passenger was not paying

8    attention to the situation and not looking out for his own safety.   Additional facts may become

9    apparent through discovery.

10

11        Interrogatory No. 7:   Please IDENTIFY all PERSONS YOU contend have knowledge

12    RELEVANT TO YOUR general and specific denials that DEFENDANT breached its duty to

13    maintain the methods and/or instrumentalities used by YOUR passengers to embark upon and

14    disembark from YOUR aircraft in a reasonable safe manner as stated in YOUR Answer.

15        Response to Interrogatory No. 7:   Please refer to the names which appear on the incident

16    reports and statements produced by Defendant and the names disclosed in Defendant's Initial

17    Disclosures.  Additionally, Richard Brown, Director of Operations, and a safety expert yet to be

18    retained and identified.

19

20        Interrogatory No. 8:    Please IDENTIFY all DOCUMENTS YOU contend are

21    RELEVANT TO YOUR general and specific denials that DEFENDANT breached its duty to

22    maintain the methods and/or instrumentalities used by YOUR passengers to embark upon and

23    disembark from YOUR aircraft in a reasonably safe manner as stated in YOUR Answer.

24

25        Response to Interrogatory No. 8:   Please refer to FAR 121.131 et seq..  Additionally, all

26    documents disclosed and/or produced in discovery, such as witness statements and incident

27    reports.  Additional documents and expert witness reports may yet be forthcoming.

28

1      <u>Interrogatory No. 9</u>:  Please DESCRIBE IN DETAIL ALL FACTS YOU contend are

2  RELEVANT TO YOUR general and specific allegations that the injuries sustained by Plaintiff

3  Moses Fejeran are attributable wholly or in part to his own fault as stated in YOUR Answer.

4      <u>Response to Interrogatory No. 9</u>:  Please refer to the answer to interrogatory No. 6

5  above.  Additional facts may become apparent through discovery.

6

7      <u>Interrogatory No. 10</u>:  Please IDENTIFY all PERSONS YOU contend have knowledge

8  RELEVANT TO YOUR general and specific allegations that the injuries sustained by Plaintiff

9  Moses Fejeran are attributable wholly or in part to his own fault as stated in YOUR Answer.

10      <u>Response to Interrogatory No. 10</u>:  Please refer to the names which appear on the

11  incident reports and statements produced by Defendant and the names disclosed in Defendant's

12  Initial Disclosures.

13

14      <u>Interrogatory No. 11</u>:  Please IDENTIFY all DOCUMENTS YOU contend are

15  RELEVANT TO YOUR general and specific allegations that the injuries sustained by Plaintiff

16  Moses Fejeran are attributable wholly or in part to his own fault as stated in YOUR Answer.

17      <u>Response to Interrogatory No. 11</u>:  All documents disclosed and/or produced in

18  discovery, such as witness statements and incident reports.  Additional documents and expert

19  witness reports may yet be forthcoming.

20

21      <u>Interrogatory No. 12</u>:  Please DESCRIBE IN DETAIL ALL FACTS YOU contend

22  support your allegation that this civil action "arises under a treaty of the United States,

23  specifically the Warsaw Convention" as stated in Defendant's Notice of Removal filed

24

25  previously with the United States District Court for the Northern Mariana Islands and as alleged

26  in YOUR Answer.

27      <u>Response to Interrogatory No. 12</u>:  Defendant objects to this interrogatory on the

28  grounds that it is not reasonably calculated to lead to the discovery of admissible evidence.

1   Subject to and without waiving the objection, the flight in question operated between the CNMI

2   and Guam, thus subjecting it to rules and treaties governing international flights.

3

4       Interrogatory No. 13:   Please IDENTIFY all FACTS YOU contend support your

5   allegation that this civil action "arises under a treaty of the United States, specifically the

6   Warsaw Convention" as stated in Defendant's Notice of Removal filed previously with the

7   United States District Court for the Northern Mariana Islands and as alleged in YOUR Answer.

8       Response to Interrogatory No. 13:   Defendant objects to this interrogatory on the

9   grounds that it is not reasonably calculated to lead to the discovery of admissible evidence.

10   Subject to and without waiving the objection, the flight in question operated between the CNMI

11   and Guam, thus subjecting it to rules and treaties governing international flights.

12

13       Interrogatory No. 14:   Please IDENTIFY all DOCUMENTS YOU contend support your

14   allegation that this civil action "arises under a treaty of the United States, specifically the

15   Warsaw Convention" as stated in Defendant's Notice of Removal filed previously with the

16   United States District Court for the Northern Mariana Islands and as alleged in YOUR Answer.

17       Response to Interrogatory No. 14:   Please refer to the Warsaw Convention and the

18   amendments and protocols thereto.

19

20       Interrogatory No. 15:   Please IDENTIFY all engineers, contractors, builders, and

21   subcontractors involved in the design, construction, and any modifications of the STAIRCASE,

22   or any other similar instrumentality used for disembarkation from or embarkation on to any of

23   YOUR aircraft.

24

25       Response to Interrogatory No. 15:   In terms of the stair being an individual component of

26   the aircraft, we do not know who "designed" or "built" the stair. The folding stair is an integral

27   part of the aircraft, which is presumably purchased and installed on the aircraft by the aircraft

28   manufacturer prior to the aircraft being delivered to a purchaser.   The stair has not to our

1  knowledge been modified from its original design and installation on the aircraft.

2

3      Interrogatory No. 16:   Please IDENTIFY each and every incident in which a PERSON

4  was injured in anyway while on-board, embarking, disembarking or waiting to embark or

5  disembark any of YOUR aircraft anywhere in the Mariana Islands (including Saipan, Tinian,

6  Rota and Guam) during the past 10 (ten) years.

7      Response to Interrogatory No. 16:   Defendant objects to this interrogatory on grounds

8  that it is overly broad as to scope and time frame.  Subject to and without waiving the objection,

9  please see the following information for embarkation and disembarkation incidents during the

10  past five (5) years:  Not applicable.

11

12      Interrogatory No. 17:   What is YOUR version of how the OCCURRENCE happened?

13      Response to Interrogatory No. 17:   Please refer to the statements of the eye-witnesses,

14  which have been disclosed and produced in discovery.  Nothing external to the passenger caused

15  or contributed to cause the incident.  Rather, Plaintiff failed to reasonably look out for his own

16  safety.

17

18      Interrogatory No. 18:   Please DESCRIBE IN DETAIL ALL FACTS which YOU

19  contend support your allegation that Plaintiffs' have failed to state a valid cause of action.

20  ///

21  ///

22  ///

23

24      Response to Interrogatory No. 18:   Please refer to the statements of the eye-witnesses,

25  which have been disclosed and produced in discovery and the answer to No. 17 above.  Since

26  Plaintiff Moses Fejeran has no valid claim or cause of action, Plaintiff Qianyan Fejeran has no

27  valid. derivative claim or cause of action

28

1          DATED: Hagåtña, Guam, April 5, 2006.

2     CARLSMITH BALL LLP

3                                                    _____
                                                     DAVID LEDGER
4                                                    Attorneys for Defendant
                                                     Aviation Services (CNMI), Ltd.
5                                                    dba Freedom Air

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF JOAQUIN FLORES</u>

GUAM, U.S.A.

I, Joaquin Flores, am *GENERAL MANAGER* of AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR and am authorized to make this Declaration.

I have read the foregoing answers and objections to PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES and, to the best of my knowledge, the information stated therein is true and correct. The information necessary to prepare said responses was obtained from records maintained by Aviation Services (CNMI), Ltd. dba Freedom Air and elsewhere.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: April **3**____, 2006.

JOAQUIN FLORES

1

<u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that on the 5th day of April 2006, I will cause to be

3

served, via hand delivery, a true and correct copy of DEFENDANT'S RESPONSE TO

4

PLAINTIFFS FIRST SET OF INTERROGATORIES; VERIFICATION to the following

5

Counsel of record.

6

7
David G. Banes, Esq.
O'Connor Berman Dotts & Banes

8
Second Floor, Nauru Building
Post Office Box 501969

9
Saipan, MP 96950

10
DATED: April 5, 2006.

11

12

DAVID LEDGER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

1    CARLSMITH BALL LLP

2    DAVID LEDGER (CNMI BAR NO. F0195)
     Carlsmith Ball LLP Building
3    Capitol Hill
     Post Office Box 5241
4    Saipan, MO 96950-5241
     Tel No. 670.322.3455
5
     Attorneys for Defendant
6    Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                    UNITED STATES DISTRICT COURT
9
                            FOR THE
10
                    NORTHERN MARIANA ISLANDS
11

12
     MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
13   QIANYAN S. FEJERAN,

14                    Plaintiffs,
                                       **DEFENDANT'S THIRD**
15        vs.                          **SUPPLEMENTAL RULE 26**
                                       **DISCLOSURES; CERTIFICATE**
16                                     **OF SERVICE**
     AVIATION SERVICES (CNMI), LTD.
17   dba FREEDOM AIR,

18                    Defendant.

19
          Defendant Aviation Services (CNMI), Ltd. dba Freedom Air, by and through their
20
21   Attorney of record, David Ledger, submit the following Third Supplemental Rule 26 Disclosure

22   statement pursuant to Fed. R. Civ. P. 26(a)(1) and LR 16.2CJ(d):

23        [....]

24   II.    Listing, Description and Location of Documents, Data Compilations and Tangible
            Things
25
26        Freedom Air Continuous Airworthiness Maintenance Program.

27        [....]

28

     4811-8448-4097.1.059303-00001

Law Office
O'Connor Berman Dotts & Banes
RECEIVED

By: Jhen Bautista
Date: 4|16|07
Time: 4.28 pm

1        DATED: Hagåtña, Guam, April 16, 2007.

2  CARLSMITH BALL LLP

3

4                                          DAVID LEDGER
                                           Attorneys for Defendant
5                                          Aviation Services (CNMI), Ltd.
                                           dba Freedom Air
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2   The undersigned hereby certifies that on the 16th day of April 2007, I will cause to be

3 served, via hand delivery, a true and correct copy of **DEFENDANT'S THIRD**

4 **SUPPLEMENTAL INITIAL DISCLOSURES** to the following Counsel of record.

5

6         David G. Banes, Esq.
          George Hasselback, Esq.

7         O'Connor Berman Dotts & Banes
         Second Floor, Nauru Building

8         Post Office Box 501969
         Saipan, MP 96950

9

10  DATED: Hagåtña, Guam, April 16, 2007.

11

12

13           DAVID LEDGER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**_FREEDOM AIR_**
**CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM**

# SHORTS SD3-60

" A " INSPECTION (EVERY 60 HOURS / 1 MONTH)

THE INSPECTION REQUIREMENTS CONTAINED IN THIS INSPECTION WORK PACKAGE ARE EXTRACTED FROM THE SHORT BROTHERS SD3-60 MAINTENANCE PROGRAM (REF. # 360/MP) THROUGH REVISION 10, DATED APRIL 24, 2003.

NOTE: SELECTED SINGLE MAINTENANCE PROGRAM TASKS THAT INVOLVE MULTIPLE WORK AREAS OR HAVE MULTIPLE INSPECTION REQUIREMENTS HAVE BEEN DIVIDED INTO SEPARATE SIGN-OFF ITEMS TO EASE CONTROL OF THE INSPECTION.

NOTE: SELECTED ITEMS THAT ARE NORMALLY CONTROLLED SEPARATELY ON KARDEX OR COMPUTER (I.E. OVERHAULS, REPLACEABLE COMPONENT FUNCTIONAL CHECKS, ETC.) HAVE BEEN OMITTED FROM THIS INSPECTION WORK PACKAGE, AND MUST BE CONTROLLED SEPARATELY.

NOTE: THIS INSPECTION PACKAGE MUST BE UPDATED AS NEW REVISIONS TO THE MAINTENANCE PROGRAM ARE ISSUED.

---

**SD 3-60**
**"A"    INSPECTION**

"A" INSPECTION HAS BEEN ACCOMPLISHED ON AIRCRAFT:

N _____    AT TAT _____    & TAC _____    DATE _____

I certify this aircraft has been inspected in accordance with Freedom Air FAA approved Continuous Airworthiness Maintenance Program and was determined to be in airworthy condition and is approved for return to service.

_____ Signature    Type of Certificate & No.: _____

Revision: 1

## *FREEDOM AIR*
### CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

#### SD3 -60
#### "A"    INSPECTION

TASK#: 21-50-03            ZN: 120        INTERVAL: A        REF: AAR SYSTEM MANUAL

| TASK: **FREON AIR CONDITIONING** CHECK READING ON SYSTEM HOUR METER AND RECORD METER HOURS:  FWD: _____  AFT: _____  ACCESS: (122AZ) | MECH _____ | INSP _____ |
|---|---|---|

TASK#: 25-60-01(A)        ZN: 200        INTERVAL: A        REF:

| TASK: **EMERGENCY EQUIPMENT (EMERGENCY AX)** INSPECT EMERGENCY AX    ACCESS: | MECH _____ | INSP _____ |
|---|---|---|

TASK#: 30-40-06            ZN: 220        INTERVAL: A        REF:

| TASK: **RAIN REPELLENT RESERVOIR** VISUAL CHECK RESERVOIR FOR FLUID LEVEL.    ACCESS: | MECH _____ | INSP _____ |
|---|---|---|

TASK#: Z12                ZN: 220        INTERVAL: A        REF:

| TASK: **FLIGHT COMPARTMENT** INSPECT COMPARTMENT FOR CLEANLINESS AND GENERAL CONDITION.  EMERGENCY EQUIPMENT FITTED AND SECURE.    ACCESS: | MECH _____ | INSP _____ |
|---|---|---|

TASK#: Z27                ZN: 260        INTERVAL: A        REF:

| TASK: **PASSENGER COMPARTMENT** INSPECT COMPARTMENT, LOCKERS, FURNISHINGS, GALLEY AND TOILET AREAS FOR CLEANLINESS, GENERAL CONDITION & SECURITY.  RETAINING LATCHES FOR OPERATION; COMPARTMENT LIGHTING & WINDOWS, EMERGENCY EQUIPMENT FITTED & SECURE.  ACCESS: | MECH _____ | INSP _____ |
|---|---|---|

TASK#: Z66(A)            ZN: 810        INTERVAL: A        REF:

| TASK: **FORWARD BAGGAGE DOOR** INSPECT DOOR INCLUDING SEALS, HINGES, LOCK MECHANISM & DOOR COAMING FOR GENERAL CONDITION, DETERIORATION, DAMAGE AND SECURITY.    ACCESS: | MECH _____ | INSP _____ |
|---|---|---|

TASK#: Z66(B)            ZN: 810        INTERVAL: A        REF:

| TASK: **FORWARD BAGGAGE DOOR** MANUALLY OPERATE LOCK MECHANISM TO DETERMINE CONDITION OF LINKAGE AND LATCHING    ACCESS: | MECH _____ | INSP _____ |
|---|---|---|

Revision: 1

0029

## *FREEDOM AIR*
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "A"    INSPECTION

TASK#: Z09(A)              ZN: 200          INTERVAL: A          REF:

| TASK: **FUSELAGE UPPER STN.-80 TO 508 – EXTERN. (ABOVE FLOOR LEVEL)** INSPECT VISIBLE PORTION OF FUSELAGE SKIN FOR GENERAL CONDTION, DAMAGE, SECURITY OF FASTERNERS, ETC.  SECURITY OF ACCESS PANELS SIGNS, OF FLUID LEAKAGE, WINDSHIELDS AND WINDOW AS VISIBLE FROM GROUND.  ACCESS: | MECH ———— | INSP ———— |
|---|---|---|

TASK#: Z09(B)              ZN: 200          INTERVAL: A          REF:

| TASK: **FUSELAGE UPPER STN.-80 TO 508 – EXTERNAL (ABOVE FLOOR LEVEL)** AVIONICS ANTENNAS, PITOT HEADS AND STATIC VENTS SIGNS OF FLUID LEAKAGE.  ACCESS: | MECH ———— | INSP ———— |
|---|---|---|

TASK#: 28-00-01            ZN: 200          INTERVAL: A          REF:

| TASK: **FUEL DISTRIBUTION SYSTEM** VISUAL CHECK EXTERIOR OF AIRCRAFT FOR OBVIOUS LEAKS.  CHECK FRANGIBLE SAFETY WIRE ON L.P. LEVERS IS INTACT IN ACCORDANCE WITH SERVICE BULLETIN SD360-28-20  ACCESS: | MECH ———— | INSP ———— |
|---|---|---|

TASK#: Z18(D)             ZN: 230          INTERVAL: A          REF:

| TASK: **FUEL DISTRIBUTION SYSTEM** CHECK PAN DRAINS  ACCESS: | MECH ———— | INSP ———— |
|---|---|---|

TASK#: Z01              ZN: 100          INTERVAL: A          REF:

| TASK: **FUSELAGE LOWER – EXTERNAL (BELOW FLOOR LEVEL)** INSPECT FUSELAGE SKIN FOR GENERAL CONDITION, DAMAGE, AND SECURITY OF PANELS.  AVIONICS – GENERAL CONDITION OF ANTENNAS, VISUAL SIGNS OF FLUID LEAKAGE.  ACCESS: _____ | MECH ———— | INSP ———— |
|---|---|---|

TASK#: Z65              ZN: 800          INTERVAL: A          REF:

| TASK: **DOORS - EXTERNAL** INSPECT EXTERIOR OF DOORS AND EXITS FOR GENERAL CONDITION AND DAMAGE.  ACCESS: | MECH ———— | INSP ———— |
|---|---|---|

TASK#: Z33(A)            ZN: 300          INTERVAL: A          REF:

| TASK: **EMPENNAGE STN. 508 TO 741 – SIDE & LOWER PORTION – EXTER.** INSPECT AFT PORTION OF FUSELAGE, FLIGHT CONTROL SURFACE SKINS, HINGES & ATTACHMENT FITTINGS, VORTEX GENERATORS FOR GENERAL CONDITION & DAMAGE; AND SECURITY OF ACCESS PANELS, AS VISIBLE FROM GROUND.  ACCESS: | MECH ———— | INSP ———— |
|---|---|---|

Revision: 1

ıı030

## *FREEDOM AIR*
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "A"        INSPECTION

TASK#: Z58(B)            ZN: 710        INTERVAL: A        REF:

| TASK: **NOSE GEAR DOORS AND OPERATING MECHANISM**<br>INSPECT SEALS, BEARINGS & RODS WITH DOORS OPEN.<br><br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: Z61(A1)            ZN: 700        INTERVAL: A        REF:

| TASK: **MAIN LANDING GEAR (LEFT)**<br>INSPECT FOR GENERAL CONDITION, DAMAGE & HYDRAULIC LEAKAGE WITH MLG<br>WHEEL PANELS INSTALLED QUICK ACCESS PANEL OPEN.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: Z62(A)            ZN: 730        INTERVAL: A        REF:

| TASK: **LEFT STUB WING - EXTERNAL**<br>INSPECT ZONE INCLUDING MAIN LANDING GEAR FAIRINGS FOR GENERAL CONDITION,<br>DAMAGE AND SECURITY OF ACCESS PANELS & EVIDENCE OF FLUID LEAKAGE.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: Z62(B)            ZN: 730        INTERVAL: A        REF:

| TASK: **LEFT STUB WING - EXTERNAL**<br>CHECK TIRE AND WHEEL CONDITION, TIRE PRESSURE, AND BRAKE ASSEMBLY – PAD<br>WEAR INDICATOR.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: Z59            ZN: 720        INTERVAL: A        REF:

| TASK: **RIGHT STUB WING - EXTERNAL**<br>INSPECT ZONE INCLUDING MAIN LANDING GEAR FAIRINGS FOR GENERAL CONDITION,<br>DAMAGE AND SECURITY OF ACCESS PANELS.<br><br>SEE TASK Z59(B)<br>ACCESS: 720LT | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: Z59(B)            ZN: 720        INTERVAL: A        REF:

| TASK: **RIGHT STUB WING - EXTERNAL**<br>INSPECT ZONE INCLUDING – TIRE AND WHEEL CONDITION, TIRE PRESSURE, BRAKE<br>ASSEMBLY – PAD WEAR INDICATOR, EVIDENCE OF FLUID LEAKAGE<br><br>(SEE TASK Z59(A)<br>ACCESS:  720LT | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: Z61(A2)            ZN: 700        INTERVAL: A        REF:

| TASK: **MAIN LANDING GEAR (RIGHT)**<br>INSPECT FOR GENERAL CONDITION, DAMAGE & HYDRAULIC LEAKAGE WITH MLG<br>WHEEL PANELS INSTALLED, QUICK ACCESS PANEL OPEN.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

Revision: 1

0031

## FREEDOM AIR
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "A"    INSPECTION

TASK#: 79-00-02(A)          ZN: 400          INTERVAL: A          REF:

| TASK: WING TRAILING EDGE SHROUDS (LEFT)<br>CHECK FOR DETERIORATION OF SPEED TAPE AND REPLACE AS NECESSARY<br><br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 79-00-02(A)          ZN: 400          INTERVAL: A          REF:

| TASK: OIL SYSTEM (LEFT ENGINE)<br>SERVICE OIL AS NEEDED.<br><br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: Z49(A)          ZN: 500          INTERVAL: A          REF:

| TASK: OUTER & CENTER WINGS – EXTERNAL (LEFT)<br>INSPECT, AS VISIBLE FROM GROUND, WINGS, STRUTS, FLIGHT SURFACES, HINGES &<br>ATTACHMENT FITTINGS FOR GENERAL CONDITION, DAMAGE & SECURITY. LANDING<br>LIGHT & FAIRINGS.<br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 27-00-15(B)          ZN: 600          INTERVAL: A          REF:

| TASK: WING TRAILING EDGE (RIGHT)<br>CHECK FOR DETERIORATION OF SPEED TAPE AND REPLACE AS NECESSARY<br><br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 79-00-02(B)          ZN: 400          INTERVAL: A          REF:

| TASK: OIL SYSTEM (RIGHT ENGINE)<br>SERVICE OIL AS NEEDED.<br><br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: Z49(B)          ZN: 600          INTERVAL: A          REF:

| TASK: OUTER & CENTER WINGS – EXTERNAL (RIGHT)<br>INSPECT, AS VISIBLE FROM GROUND, WINGS, STRUTS, FLIGHT SURFACE, HINGES &<br>ATTACHMENT FITTINGS FOR GENERAL CONDITION, DAMAGE & SECURITY. LANDING<br>LIGHT & FAIRINGS.<br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: Z42(A)          ZN: 400          INTERVAL: A          REF:

| TASK: POWER PLANT – EXTERNAL (LEFT ENGINE)<br>INSPECT ENGINE COWLINGS AND LATCHES, INLETS & EXHAUST STUBS FOR GENERAL<br>CONDITION, DAMAGE & SECURITY & SIGNS OF FLUID LEAKAGE WITH COWLING CLOSED.<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

## FREEDOM AIR
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "A"        INSPECTION

TASK#: Z45(A1)              ZN: 400          INTERVAL: A          REF:

| TASK: **PROPELLER – EXTERNAL (LEFT)** INSPECT FOR GENERAL CONDITION & DAMAGE OF BLADES.  DE-ICING BOOTS FOR GENERAL CONDITION & ABRASION ETC. & EVIDENCE OF OIL LEAKAGE.  INSPECT FOR EROSION DAMAGE.  ACCESS: | MECH | INSP |
|---|---|---|

TASK#: Z48(A1)              ZN: 440          INTERVAL: A          REF:

| TASK: **NACELLE – EXTERNAL (LEFT ENGINE)** INSPECT, AS VISIBLE FROM GROUND, SKIN FOR GENERAL CONDITION, DAMAGE AND SECURITY OF ACCESS PANELS.  ACCESS: | MECH | INSP |
|---|---|---|

TASK#: Z42(B)              ZN: 400          INTERVAL: A          REF:

| TASK: **POWER PLANT – EXTERNAL (RIGHT ENGINE)** INSPECT ENGINE COWLINGS AND LATCHES, INLETS & EXHAUST STUBS FOR GENERAL CONDITION, DAMAGE & SECURITY, SIGNS OF FLUID LEAKAGE WITH COWLING CLOSED.  ACCESS: | MECH | INSP |
|---|---|---|

TASK#: Z45(A2)              ZN: 400          INTERVAL: A          REF:

| TASK: **PROPELLER – EXTERNAL (RIGHT)** INSPECT FOR GENERAL CONDITION & DAMAGE OF BLADES.  DE-ICING BOOTS FOR GENERAL CONDITION & ABRASION ETC. & EVIDENCE OF OIL LEAKAGE.  INSPECT FOR EROSION DAMAGE.  ACCESS: | MECH | INSP |
|---|---|---|

TASK#: Z48(A2)              ZN: 440          INTERVAL: A          REF:

| TASK: **NACELLE – EXTERNAL (RIGHT ENGINE)** INSPECT, AS VISIBLE FROM GROUND, SKIN FOR GENERAL CONDITION, DAMAGE AND SECURITY OF ACCESS PANELS.  ACCESS: | MECH | INSP |
|---|---|---|

TASK#: ZZ-PANELS              ZN: (ALL)          INTERVAL: A          REF:

| TASK: **ACCESS PANELS** INSPECT ALL ACCESS PANELS REMOVED FOR THIS INSPECTION FOR INSTALLATION/SECURITY.  ACCESS: | MECH | INSP |
|---|---|---|

*FREEDOM AIR*
CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

# SHORTS SD3-60

" C " INSPECTION (EVERY 1,200 HOURS / 12 MONTHS)

THE INSPECTION REQUIREMENTS CONTAINED IN THIS INSPECTION WORK PACKAGE ARE EXTRACTED FROM THE SHORT BROTHERS SD3-60 MAINTENANCE PROGRAM (REF. # 360/MP) THROUGH REVISION 10, DATED APRIL 24, 2003.

NOTE: SELECTED SINGLE MAINTENANCE PROGRAM TASKS THAT INVOLVE MULTIPLE WORK AREAS OR HAVE MULTIPLE INSPECTION REQUIREMENTS HAVE BEEN DIVIDED INTO SEPARATE SIGN-OFF ITEMS TO EASE CONTROL OF THE INSPECTION.

NOTE: SELECTED ITEMS THAT ARE NORMALLY CONTROLLED SEPARATELY ON KARDEX OR COMPUTER (I.E. OVERHAULS, REPLACEABLE COMPONENT FUNCTIONAL CHECKS, ETC.) HAVE BEEN OMITTED FROM THIS INSPECTION WORK PACKAGE, AND MUST BE CONTROLLED SEPARATELY.

NOTE: THIS INSPECTION PACKAGE MUST BE UPDATED AS NEW REVISIONS TO THE MAINTENANCE PROGRAM ARE ISSUED.

-------------------------------------------------------------------------------------------------------------
**SD 3-60**
**"C"   INSPECTION**

"C" INSPECTION HAS BEEN ACCOMPLISHED ON AIRCRAFT:

N _____    AT TAT _____    & TAC _____    DATE _____

I certify this aircraft has been inspected in accordance with Freedom Air FAA approved Continuous Airworthiness Maintenance Program and was determined to be in airworthy condition and is approved for return to service.

_____ Signature    Type of Certificate & No.: _____

Revision: 1

## *FREEDOM AIR*
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: 32-40-02          ZN: 200          INTERVAL: C          REF:

| TASK: **MASTER BRAKE CYLINDER – 4 EACH**<br>VISUAL CHECK MASTER BRAKE CYLINDER FOR LEAKAGE AND FLUID CONTENTS.<br>(SERVICE AS REQUIRED)<br>P/N ACM 28546<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |

TASK#: Z03          ZN: 122          INTERVAL: C          REF:

| TASK: **(RIGHT) EQUIPMENT BAY - INTERNAL**<br>INSPECT BAY FOR GENERAL CONDITION OF STRUCTURE, ELECTRICAL WIRING &<br>CONNECTIONS.  COMPONENTS – GENERAL CONDITION AND SECURITY.<br><br>ACCESS: 122AZ | MECH<br><br>_____ | INSP<br><br>_____ |

TASK#: Z04(A)          ZN: 121          INTERVAL: C          REF:

| TASK: **LEFT (SIDE) EQUIPMENT BAYS STN. 3-54 - INTERNAL**<br>INSPECT BAY FOR GENERAL CONDITION OF STRUCTURE INCLUDING ACCESS PANEL<br>HINGES AND FASTENERS.  HYDRAULIC COMPONENTS AND PLUMBING.<br><br>ACCESS: 121AL, BL (SEE TASKS Z04(B), (C) & (D) | MECH<br><br>_____ | INSP<br><br>_____ |

TASK#: Z04(B)          ZN: 121          INTERVAL: C          REF:

| TASK: **LEFT (SIDE) EQUIPMENT BAYS STN. 3-54 - INTERNAL**<br>INSPECT NOSE STEERING CABLES AND PULLEYS, RUDDER PEDAL TORQUE TUBES AND<br>STOPS.<br><br>ACCESS: 121AL, BL (SEE TASKS Z04(A), (C) & (D) | MECH<br><br>_____ | INSP<br><br>_____ |

TASK#: Z04(C)          ZN: 121          INTERVAL: C          REF:

| TASK: **LEFT (SIDE) EQUIPMENT BAYS STN. 3-54 - INTERNAL**<br>INSPECT AVIONICS & NAVIGATION EQUIPMENT, INCLUDING SHOCK MOUNTS.<br>ELECTRICAL CABLE LOOMS & TERMINAL BLOCKS, PITOTS/STATIC PLUMBING & DRAIN<br>VALVES.<br><br>ACCESS: 121AL, BL (SEE TASKS Z04(A), (B) & (C) | MECH<br><br>_____ | INSP<br><br>_____ |

TASK#: Z04(D)          ZN: 121          INTERVAL: C          REF:

| TASK: **LEFT (SIDE) EQUIPMENT BAYS STN. 3-54 - INTERNAL**<br>INSPECT PANEL 1C DIODE BOARD. VISUALLY CHECK FOR SIGNS OF OVERHEATING OR<br>LOOSE TERMINALS.<br><br>ACCESS: 121AL, BL (SEE TASKS Z04(A), (B) & (C) | MECH<br><br>_____ | INSP<br><br>_____ |

TASK#: Z13          ZN: 220          INTERVAL: C          REF:

| TASK: **FLIGHT COMPARTMENT - INTERNAL**<br>INSPECT AREA FOR GENERAL CONDITION OF STRUCTURE, NOSE WHEEL STEERING<br>LEVER, SPROCKET, CHAINS AND CABLES, PARKNG BRAKE, HYDRAULIC PLUMBING,<br>ELECTRONICS, ETC.<br><br>ACCESS: 220BZ | MECH<br><br>_____ | INSP<br><br>_____ |

## *FREEDOM AIR*

### CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: 11-00                    ZN: ALL          INTERVAL: C            REF: AFM & IPC

| TASK: **EXTERNAL & INTERNAL PLACARDS AND MARKINGS**<br>VISUALLY CHECK EXTERNAL & INTERNAL PLACARDS AND MARKINGS CHECK TO<br>ENSURE LEGIBILITY, COMPLEMENT & LOCATION PARTICULAR ATTENTION SHOULD BE<br>GIVEN TO EMERGENCY MARKINGS<br><br>ACCESS: VARIOUS | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: 23-30-07                  ZN: 220          INTERVAL: C          REF: M.M 23-31-10, pg 201

| TASK: **COMMUNICATION PRIORITY SWITCHING FOR PASSENGER ADDRESS**<br>OPERATIONAL CHECK PRIORITY SWITCHING FOR PASSENGER ADDRESS SYSTEM.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: 24-30-03                  ZN: 121          INTERVAL: C          REF: M.M 24-31-00, pg 501

| TASK: **ELECTRICAL POWER CONTROL AND PROTECTION UNIT (CPU)**<br>TEST IN SITU BUSBAR VOLTAGE FUNCTION OF (CPU); 2 EACH<br><br>ACCESS: 121AZ, 122AZ | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: 26-10-01                  ZN: 210          INTERVAL: C          REF: M.M 26-13-00, pg 201

| TASK: **FIRE DETECTION SMOKE DETECTOR (FWD)**<br>CLEAN SMOKE DETECTORS (2 EACH) IN FWD BAGGAGE COMPARTMENT.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: 26-10-01(B)                ZN: 312          INTERVAL: C          REF: M.M 26-13-00, pg 201

| TASK: **FIRE DETECTION SMOKE DETECTOR (AFT)**<br>CLEAN SMOKE DETECTORS (2 EACH) IN AFT BAGGAGE COMPARTMENT.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: 26-10-06                  ZN: 260          INTERVAL: C          REF: M.M 26-13-00, pg 201

| TASK: **SMOKE DETECTOR (LAVATORY)**<br>CLEAN SMOKE DETECTOR IN TOILET COMPARTMENT.<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

TASK#: 27-00-05                  ZN: 500.600      INTERVAL: C          REF: M.M 27-33-00, pg 201

| TASK: **STALL WARNING SYSTEM**<br>FUNCTIONAL CHECK STALL WARNING SYSTEM 2 EACH<br><br>ACCESS: | MECH | INSP |
|---|---|---|
| | _____ | _____ |

Revision: 1

0036

## FREEDOM AIR
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: 27-30-03A          ZN: 220          INTERVAL: C          REF: M.M 27-33-00, pg 201

| TASK: **STALL WARNING SYSTEM STICK SHAKER**<br>FUNCTIONAL CHECK STICK SHAKER  2 EACH<br>POST MOD 7583 (ONLY)<br><br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 27-30-03B          ZN: 500          INTERVAL: C          REF: M.M 27-33-00, pg 201

| TASK: **STALL WARNING SYSTEM LIFT DETECTOR (LEFT)**<br>FUNCTIONAL CHECK LIFT DETECTOR.<br>POST MOD 7583 (ONLY)<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 27-30-03C          ZN: 600          INTERVAL: C          REF: M.M 27-33-00, pg 201

| TASK: **STALL WARNING SYSTEM LIFT DETECTOR (RIGHT)**<br>FUNCTIONAL CHECK LIFT DETECTOR.<br><br>POST MOD 7583 (ONLY)<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 27-70-01G          ZN: 300          INTERVAL: C          REF: M.M 27-70-00, pg 201

| TASK: **RUDDER GUST LOCK**<br>FUNCTIONAL CHECK POST MOD 8112 RUDDER GUST LOCK SYSTEM, INCLUDING<br>ACTUATOR, SOLENOID, LOCKING ARM, SPRINGPOT, AND SPRING SAFETY.<br><br>ACCESS: 312TZ | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 28-40-01          ZN: 100/720          INTERVAL: C          REF: M.M 28-42-00 pg 201 & SD360-IL-51

| TASK: **FUEL GAUGE CONTENTS**<br>TEST IN SITU FUEL GAUGE CONTENTS: COMPARE DIPSTICK READINGS WITH GAUGE<br>INDICATIONS.  IF THE READINGS DIFFER CALIBRATE THE SYSTEM IN ACCORDANCE<br>MAINTENANCE MANUAL.<br>P/N 710-920<br>ACCESS: 4P, 720PT | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 30-20-03B/C/D          ZN: 220          INTERVAL: C          REF: M.M 30-21-00 pg 201

| TASK: **ENGINE INTAKE ANTI ICING ELECTICAL (HEAT) CIRCUIT/CONTROL (LT/RT)**<br>TEST IN SITU (A) ELECTRICAL CIRCUIT (B) CONTROLLER UNIT P/N AC67222 (C) CURRENT<br>SENSOR RELAY (INCLUDING CHECKING FOR A HEAT INCREASE OVER ALL HEATED<br>SURFACES OF INTAKES)<br>NOTE: CURRENT SENSOR ACR739AG-1 PREMOD 7237 & ACR739AG-2 POST<br>ACCESS: VARIOUS 7 PANEL 4C | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 33-50-01          ZN: 260          INTERVAL: C          REF:

| TASK: **PASSENGER SERVICE UNIT (PSU) EMERGENCY LIGHTS**<br>OPERATIONAL CHECK PSU LIGHTS, P/N SD3-18-0734/5, 8 EACH.<br>IN CONJUCTION WITH TASK 33-00-03<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

## FREEDOM AIR

## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: 33-50-02          ZN: 260          INTERVAL: C          REF:

| TASK: **EMERGENCY EXIT SIGNS** OPERATIONAL CHECK EXIT SIGNS; 1 OF EACH P/N SD3-18-6393/-6377 AND 3 EACH SD3-18-6256; IN CONJUCNTION WITH TASK 33-00-03 <br><br> ACCESS: | MECH <br><br> ——— | INSP <br><br> ——— |
|---|---|---|

TASK#: 33-50-03          ZN: 260          INTERVAL: C          REF:

| TASK: **FLOOD LIGHTS (COCKPIT)** OPERATIONAL CHECK ALL FLOOD LIGHTS (IN COCKPIT); 3 EACH; P/N ARL-1 ½. <br><br> ACCESS: | MECH <br><br> ——— | INSP <br><br> ——— |
|---|---|---|

TASK#: 33-50-03          ZN: 220          INTERVAL: C          REF:

| TASK: **FLOOD LIGHTS (CABIN) TYPE ARL-1/2** OPERATIONAL CHECK CABIN FLOOD LIGHTS (UNDER EXIT DOORS); 4 EA. IN CONJUCTION WITH TASK 33-00-03 <br><br> ACCESS: | MECH <br><br> ——— | INSP <br><br> ——— |
|---|---|---|

TASK#: 33-50-04          ZN: 260          INTERVAL: C          REF:

| TASK: **EMERGENCY LIGHTS AUTOMATIC SWITCH-ON** OPERATIONAL CHECK AUTOMATIC SWITCH-ON CIRCUIT. IN CONJUCTION WITH TASK 33-00-03 <br><br> ACCESS: | MECH <br><br> ——— | INSP <br><br> ——— |
|---|---|---|

TASK#: 74-00-01          ZN: 400          INTERVAL: C          REF: M.M 74-00-00 pg 201

| TASK: **IGNITION SYSTEM (LEFT & RIGHT)** OPERATIONAL CHECK IGNITION, AUDIBLE CHECK IGNITORS & TEST ALTERNATE POWER SUPPLY. IN CONJUCTION WITH TASK 74-10-01A & B <br><br> ACCESS: (SEE TASKS 74-10-01A & B) | MECH <br><br> ——— | INSP <br><br> ——— |
|---|---|---|

TASK#: 74-10-01A          ZN: 200          INTERVAL: C          REF: M.M 74-00-00 pg 201

| TASK: **IGNITION (LEFT & RIGHT** OPERATIONAL CHECK IGNITION EXCITER P/N 3014365. IN CONJUCITON WITH TASK 74-00-01 <br><br> ACCESS: | MECH <br><br> ——— | INSP <br><br> ——— |
|---|---|---|

TASK#: 74-10-01B          ZN: 200          INTERVAL: C          REF: M.M 74-00-00 pg 201

| TASK: **IGNITION EXCITER ALTERNATE POWER SUPPLY (LEFT & RIGHT)** OPERATIONAL CHECK ALTERNATE POWER SUPPLY. IN CONJUCTION WITH TASK 74-00-01 <br><br> ACCESS: | MECH <br><br> ——— | INSP <br><br> ——— |
|---|---|---|

Revision: 1

0038

**FREEDOM AIR**

## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: 74-20-01(A)          ZN: 420 (LT)          INTERVAL: C          REF: M.M 74-00-00

| TASK: **IGNITION CABLES (LEFT ENGINE)**<br>OPERATIONAL CHECK IGNITION CABLES.  IN CONJUCTION WITH TASK 74-00-01<br>P/N 3024643<br><br>ACCESS: 420AT, BB | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 74-20-01(A)          ZN: 420 (RT)          INTERVAL: C          REF: M.M 74-00-00

| TASK: **IGNITION CABLE (RIGHT ENGINE)**<br>OPERATIONAL CHECK IGNITION CABLES.  IN CONJUCTION WITH TASK 74-00-01<br>P/N 3024643<br><br>ACCESS: 420AT, BB | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 74-20-02(B)          ZN: 420 (RT)          INTERVAL: C          REF: M.M 74-00-00

| TASK: **IGNITER PLUGS (LEFT ENGINE)**<br>OPERATIONAL CHECK IGNITER PLUGS.  (2 EACH)  IN CONJUCTION WITH TASK 74-00-01<br><br>ACCESS: 420AT, BB (LT) | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 74-20-02(B)          ZN: 420 (RT)          INTERVAL: C          REF: M.M 74-00-00

| TASK: **IGNITER PLUGS (RIGHT ENGINE)**<br>OPERATIONAL CHECK IGNITER PLUGS (2 EACH).  IN CONJUCTION WITH TASK 74-00-01<br><br>ACCESS: 420AT, BB (RT) | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 21-40-05(A)          ZN: 510          INTERVAL: C          REF: M.M 21-00-51, pg 201

| TASK: **AIR CONDITIONING SPAR BOX OVERHEAT THERMISTER. (LEFT)**<br>FUNCTIONAL CHECK SPAR BOX OVERHEAT THERMISTER (AT LEFT WING).<br>P/N SD3-81-0907<br><br>ACCESS: 510ET | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 21-40-05(B)          ZN: 610          INTERVAL: C          REF: M.M 21-00-51, pg 201

| TASK: **AIR CONDITIONING SPAR BOX OVERHEAT THERMISTER (RIGHT)**<br>FUNCTIONAL CHECK SPAR BOX OVERHEAT THERMISTER (AT RIGHT WING).<br>P/N SD3-81-0907<br><br>ACCESS: 610ET | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

TASK#: 25-20-03A          ZN: 260          INTERVAL: C          REF:

| TASK: **OVERHEAD LOCKER LATCHES**<br>FUNCTIONAL CHECK LATCHES ON OVERHEAD LOCKERS.<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
|---|---|---|

## *FREEDOM AIR*
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

| | | |
|---|---|---|
| TASK#: 25-30-01A          ZN: 260          INTERVAL: C          REF: | | |
| TASK: **BUFFET/GALLEY**<br>VISUAL CHECK HOT/COLD WATER CONTAINERS<br><br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |

| | | |
|---|---|---|
| TASK#: 25-30-01B          ZN: 260          INTERVAL: C          REF: | | |
| TASK: **BUFFET/GALLEY**<br>FUNCTIONAL CHECK LATCHES ON GALLEY UNIT.<br><br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |

| | | |
|---|---|---|
| TASK#: Z08          ZN: 130          INTERVAL: C          REF: | | |
| TASK: **TOILET AREA - INTERNAL**<br>INSPECT AREA FOR GENERAL CONDITION OF STRUCTURE & VISIBLE SIGNS OF TOILET LEAKAGE.<br><br>(USE BOROSCOPE IF ACCESS IS NOT PROVIDED)<br>ACCESS: 130BB, CB, DB (AFT BELLY PANELS) | MECH<br><br>_____ | INSP<br><br>_____ |

| | | |
|---|---|---|
| TASK#: Z38(A)          ZN: 311          INTERVAL: C          REF: M.M 27-21-00 & 27-31-00 pg 201 | | |
| TASK: **REAR BAGGAGE COMPARTMENT - INTERNAL**<br>INSPECT AREAS FOR GENERAL CONDITION OF STRUCTURE; ELEVATOR & RUDDER CONTOL LEVERS & RODS – PARTICULARLY IN WAY OF (NEAR ROLLER GUIDES – CHECK ROLLER GUIDE CLEARANCES.<br><br>ACCESS: 312LZ, MZ, NZ, SZ, TZ, RZ, PZ (SEE TASKS Z38(B) & (C)) | MECH<br><br>_____ | INSP<br><br>_____ |

| | | |
|---|---|---|
| TASK#: Z38(B)          ZN:          INTERVAL: C          REF: M.M 27-21-00 & 27-31 pg 201 | | |
| TASK: **REAR BAGGAGE COMPARTMENT - INTERNAL**<br>INSPECT AREA FOR: LAY SHAFT, ELEVATOR & RUDDER TRIM CABLES, PULLEYS, CHAINS & SPROCKETS.<br><br>ACCESS: 312LZ, MZ, NZ, SZ, TZ, RZ, PZ (SEE TASKS Z38(A) & (C)) | MECH<br><br>_____ | INSP<br><br>_____ |

| | | |
|---|---|---|
| TASK#: Z38(C)          ZN: 311          INTERVAL: C          REF: M.M 27-21-00 & 27-31-00 pg 201 | | |
| TASK: **REAR BAGGABE COMPARTMENT - INTERNAL**<br>INSPECT AREAS FOR DEICING COMPONENTS AND PLUMBING; ELECTRICAL COMPONENTS AND WIRING TERMINAL BLOCKS, EARTH POINTS.<br><br>ACCESS: 312LZ, MZ, NZ, SZ, TZ, RZ, PZ (SEE TASKS Z38(A) & (B)) | MECH<br><br>_____ | INSP<br><br>_____ |

| | | |
|---|---|---|
| TASK#: 28-00-01          ZN: 200          INTERVAL: C          REF: | | |
| TASK: **FUEL DISTRIBUTION SYSTEM AIRFRAME FILTERS**<br>CHECK FILTERS FOR WATER AND FOREIGN DEBRIS.  CLEAN FILTER & HOUSING AS REQUIRED FORWARD AND AFT<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |

Revision: 1

0040

## *FREEDOM AIR*
### CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

**SD3 -60**
## "C"    INSPECTION

TASK#: Z18(B)              ZN: 230         INTERVAL: C        REF:

| TASK: **FUEL DISTRIBUTION SYSTEM**<br>VISUAL CHECK PIPES ABOVE FUSELAGE ROOF<br><br><br>ACCESS: 240ER, GR, LR, NL  250DD | MECH | INSP |
|---|---|---|

TASK#: 28-20-01B              ZN: 240         INTERVAL: C        REF:

| TASK: **(FORWARD) FUEL FILTER BOWL**<br>DRAIN WATER FROM (FORWARD) FUEL FILTER.<br><br>(IN CONJUNCTION WITH TASK 28-00-01)<br><br>ACCESS: 240NR | MECH | INSP |
|---|---|---|

TASK#: 28-20-01B              ZN: 250         INTERVAL: C        REF:

| TASK: **(AFT) FUEL FILTER BOWL**<br>DRAIN WATER FROM (AFT) FUEL FILTER.<br><br>(IN CONJUNCITON WITH TASK 28-00-01)<br><br>ACCESS: 250DR | MECH | INSP |
|---|---|---|

TASK#: 23-60-01              ZN: 310         INTERVAL: C        REF:

| TASK: **STATIC DISCHARGERS (EMPENNAGE)**<br>VISUAL CHECK STATIC DISCHARGERS ON EMPENNAGE (4 EACH) FOR SECURITY AND EVIDENCE OF ELECTRICAL DISCHARGE.<br><br>ACCESS: | MECH | INSP |
|---|---|---|

TASK#: 23-60-01              ZN: 560         INTERVAL: C        REF:

| TASK: **STATIC DISCHARGERS (LEFT WING)**<br>VISUAL CHECK OF STATIC DISCHARGERS ON LEFT WING (3 EACH) FOR SECURITY AND EVIDENCE OF ELECTRICAL DISCHARGE.<br><br>ACCESS: | MECH | INSP |
|---|---|---|

TASK#: 23-60-01              ZN: 660         INTERVAL: C        REF:

| TASK: **STATIC DISCHARGERS (RIGHT WING)**<br>VISUAL CHECK OF STATIC DISCHARGERS ON RIGHT WING (3 EACH) FOR SECURITY AND EVIDENCE OF ELECTRICAL DISCHARGE.<br><br>ACCESS: | MECH | INSP |
|---|---|---|

TASK#: Z20              ZN: 240         INTERVAL: C        REF:

| TASK: **FORWARD FAIRING AREA STN. 74 TO 300.31 - EXTERNAL**<br>INSPECT AREA FOR GENERAL CONDITION AND DAMAGE, SECURITY OF ACCESS PANELS.<br><br>ACCESS: | MECH | INSP |
|---|---|---|

*FREEDOM AIR*
**CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM**

**SD3 -60**
**"C"    INSPECTION**

TASK#: Z25              ZN: 250          INTERVAL: C          REF:

| TASK: **AFT FAIRING STN. 395.75 TO 475. - EXTERNAL** INSPECT AREA FOR GENERAL CONDITION, DAMAGE & SECURITY OF ACCESS PANELS, AND INTEGRITY OF FUSELAGE ROOF SEALING. <br><br> ACCESS: | MECH <br><br> ———— | INSP <br><br> ———— |
|---|---|---|

TASK#: 52-00-01          ZN: 810-880      INTERVAL: C          REF:

| TASK: **DOORS** FUNCTIONAL CHECK DOORS, LATCH MECHANISM, AND MICROSWITCHES FOR CORRECT OPERATION. A. ENTRANCE  B.EMERGENCY (CABIN 3 EACH) C. BAGGAGE (FWD/AFT) D. CARGO.  NOTE: AIRCRAFT NOT USING CARGO ROLE ONLY CHECK CARGO DOOR WHEN CARRYING OUT STRUCTURE INSPECTION IN ACCORDANCE WITH SECTION 5-26-52 ACCESS: | MECH <br><br> ———— | INSP <br><br> ———— |
|---|---|---|

TASK#: 52-00-03          ZN: 870          INTERVAL: C          REF:

| TASK: **AIR STAIRS** FUNCTIONAL CHECK AIR STAIRS FOR CORRECT OPERATION OF MICROSWITCH. <br><br> ACCESS: | MECH <br><br> ———— | INSP <br><br> ———— |
|---|---|---|

TASK#: 52-00-03          ZN: 870          INTERVAL: C          REF:

| TASK: **AIR STAIR** LUBE AIR STAIR LATCH MECHANISM <br><br> ACCESS: | MECH <br><br> ———— | INSP <br><br> ———— |
|---|---|---|

TASK#: Z58(A)            ZN: 840          INTERVAL: C          REF:

| TASK: **RIGHT FORWARD EMERGENCY DOOR - EXTERNAL** INSPECT DOOR, INCLUDING SEALS, HINGES AND LOCK MECHANISM FOR GENERAL CONDITION, DETERIORATION, DAMAGE AND SECURITY. <br><br> ACCESS: | MECH <br><br> ———— | INSP <br><br> ———— |
|---|---|---|

TASK#: Z68(B)            ZN: 840          INTERVAL: C          REF:

| TASK: **RIGHT FORWARD EMERGENCY DOOR - EXTERNAL** MANUALLY OPERATE LOCK MECHANISM TO DETERMINE CONDTION OF LINKAGE AND LATCHING. <br><br> ACCESS: | MECH <br><br> ———— | INSP <br><br> ———— |
|---|---|---|

TASK#: Z69(A)            ZN: 850          INTERVAL: C          REF:

| TASK: **LEFT FORWARD EMERGENCY DOOR - EXTERNAL** INSPECT DOOR INCLUDING SEALS, HINGES, LOCK MECHANISM, FOR GENERAL CONDITION, DETERIORATION, DAMAGE, AND SECURITY. <br><br> ACCESS: | MECH <br><br> ———— | INSP <br><br> ———— |
|---|---|---|

Revision: 1

0042

## *FREEDOM AIR*
### CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM
#### SD3 -60
#### "C"    INSPECTION

TASK#: Z69(B)              ZN: 850        INTERVAL: C        REF:

| TASK: **LEFT FORWARD EMERGENCY DOOR - EXTERNAL** MANUALLY OPERATE LOCK MECHANISM TO DETERMINE CONDITION OF LINKAGE AND LATCHING. ACCESS: | MECH | INSP |
|---|---|---|

TASK#: Z33(B)              ZN: 300        INTERVAL: C        REF:

| TASK: **EMPENNAGE UPPER - EXTERNAL** INSPECT SKIN FOR GENERAL CONDITION AND DAMAGE, ANTENNAS. (SEE TASKS Z33(A)) ACCESS: | MECH | INSP |
|---|---|---|

TASK#: Z35(A)              ZN: 311        INTERVAL: C        REF:

| TASK: **EMPENNAGE - INTERNAL** INSPECT AREA FOR GENERAL CONDITION OF STRUCTURE, INCLUDING ACCESS PANELS, ELEVATOR AND RUDDER RODS AND LEVERS. ACCESS: 311DL, DR, GL  135AL (SEE TASK Z35(B)) | MECH | INSP |
|---|---|---|

TASK#: Z35(B)              ZN: 311        INTERVAL: C        REF:

| TASK: **EMPENNAGE - INTERNAL** INSPECT AREA FOR: ELEVATOR AND RUDDER TRIM CABLES, PULLEYS, CHAINS & SPROCKETS; ELEVATOR AND RUDDER TORQUE SHAFTS, AND ELEVATOR FLEXIBLE DRIVE. ACCESS: 311DL, DR, GL  351AL (SEE TASK Z35(A)) | MECH | INSP |
|---|---|---|

TASK#: 27-00-14A            ZN: 350        INTERVAL: C        REF:

| TASK: **RUDDER HINGE AND BEARINGS (LUBE)** LUBRICATE RUDDER HINGE AND BEARINGS. ACCESS: 311DL, 351DL | MECH | INSP |
|---|---|---|

TASK#: 27-00-14B            ZN: 330/340    INTERVAL: C        REF:

| TASK: **ELEVATOR HINGE AND BEARINGS (LUBE)** LUBRICATE ELEVATOR HINGE AND BEARINGS. ACCESS: 311DL, 332FT, 342FT | MECH | INSP |
|---|---|---|

TASK#: Z40(A)              ZN: 331-342    INTERVAL: C        REF:

| TASK: **HORIZONTAL STABILIZERS, ELEVATORS & TRIM TABS. – INT. & EXT** INSPECT SKINS FOR GENERAL CONDITION & DAMAGE INCLUDING ACCESS PANELS; VORTEX GENERATORS. (SEE TASK Z40(B)) ACCESS: 332AT, BT, CT, ET, FT, GT  342AT, BT, CT, ET, FT, GT | MECH | INSP |
|---|---|---|

# FREEDOM AIR
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: Z40(B)                    ZN: 331-342        INTERVAL: C            REF:

| TASK: **HORIZONTAL STABILIZERS, ELEVATORS & TRIM TABS. – INT. & EXT**<br>INSPECT ELEVATOR AND TRIM TAB ATTACHMENTS; ELEVATOR TRIM TAB CONTROL RODS & SCREWJACKS; CONDITION OF DEICING BOOTS.<br><br>(SEE TASK Z40(A))<br>ACCESS: 332AT, BT, CT, ET, FT, GT  342AT, BT, CT, ET, FT, GT | MECH<br><br>_____ | INSP<br><br>_____ |
| --- | --- | --- |

TASK#: Z50(A)                    ZN: 500            INTERVAL: C            REF:

| TASK: **OUTER AND CENTER WINGS – EXTERNAL (LEFT)**<br>INSPECT UPPER SKINS FOR GENERAL CONDITION, DAMAGE AND SECURITY OF ACCESS PANELS, CONDITION OF DE-ICING BOOTS.<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
| --- | --- | --- |

TASK#: Z50(B)                    ZN: 600            INTERVAL: C            REF:

| TASK: **OUTER AND CENTER WINGS – EXTERNAL (RIGHT)**<br>INSPECT UPPER SKINS FOR GENERAL CONDITION, DAMAGE AND SECURITY OF ACCESS PANELS, CONDITION OF DE-ICING BOOTS.<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
| --- | --- | --- |

TASK#: 32-00-01A/B              ZN: 700            INTERVAL: C            REF: M.M 32-30-00 pg 201

| TASK: **MAIN AND NOSE LANDING GEAR**<br>FUNCTIONAL CHECK FOR NORMAL FUNCTION AND EMERGENCY LOWERING.<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
| --- | --- | --- |

TASK#: 32-30-04                 ZN: 700            INTERVAL: C            REF: M.M 32-30-00 pg 201

| TASK: **LANDING GEAR SHUTTLE VALVES**<br>FUNCTIONAL CHECK IN CONJUNCTION WITH GEAR RETRACTION TEST.<br>P/N 104796203; 3 EACH.<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
| --- | --- | --- |

TASK#: 32-30-09                 ZN: 700            INTERVAL: C            REF: M.M 32-30-00 pg 201

| TASK: **3-WAY SELECTOR**<br>FUNCTIONAL CHECK 3-WAY SELECTOR IN CONJUNCTION WITH GEAR RETRATION TEST.<br>ENSURE SELECTOR IS RESET (VISUALLY CHECK)<br>P/N 102697001<br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
| --- | --- | --- |

TASK#: 32-30-12                 ZN: 200            INTERVAL: C            REF: M.M 32-30-31 pg 201

| TASK: **LANDING GEAR LEVER OPERATING CONTROL SYSTEM**<br>FUNCTIONAL CHECK L.G. LEVER OPERATING CONTROL SYSTEM; CHECK SAFETY LOCK AND OVERRIDE.<br><br>ACCESS: | MECH<br><br>_____ | INSP<br><br>_____ |
| --- | --- | --- |

## *FREEDOM AIR*
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

| TASK#: 32-30-12 | ZN: 700 | INTERVAL: C | REF: M.M 32-11-00 pg 201 | | |
|---|---|---|---|---|---|
| **TASK: LANDING GEAR LEVER OPERATING CONTROL SYSTEM** | | | | MECH | INSP |
| FUNCTIONAL CHECK FOR FUNCTION OF WEIGHT SWITCHES. | | | | | |
| ACCESS: | | | | _____ | _____ |

| TASK#: 32-40-03 | ZN: 700 | INTERVAL: C | REF: M.M 32-40-00 pg 201 | | |
|---|---|---|---|---|---|
| **TASK: PRESSURE REDUCING VALVE WITH CUT-OUT** | | | | MECH | INSP |
| FUNCTIONAL CHECK PRESSURE REDUCING VALVE – BY APPLYING BRAKES WITH GEAR RETRACTED ENSURING BRAKE PRESSURE IS NOT PRESENT. | | | | | |
| ACCESS: | | | | _____ | _____ |

| TASK#: 32-20-01 | ZN: 710 | INTERVAL: C | REF: M.M 12-10-32 pg 301 | | |
|---|---|---|---|---|---|
| **TASK: NOSE GEAR** | | | | MECH | INSP |
| CHECK NITROGEN PRESSURE (AND SERVICE AS NEEDED) | | | | | |
| P/N 200921001 OR 200921003 | | | | | |
| ACCESS: | | | | _____ | _____ |

| TASK#: 32-20-01 | ZN: 710 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| **TASK: NOSE GEAR UNIT** | | | | MECH | INSP |
| TEST IN SITU NOSE GEAR UNIT BEARING CLEARANCE. | | | | | |
| P/N 200921001 OR 200921003 | | | | | |
| ACCESS: | | | | _____ | _____ |

| TASK#: 32-30-02 | ZN: 710 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| **TASK: NLG (ONE WAY) RESTRICTOR** | | | | MECH | INSP |
| FUNCTIONAL CHECK RETRACTION TIMES IN CONJUNCTION WITH GEAR RETRACTION TEST. | | | | | |
| P/N FCLX0502150A12 | | | | | |
| ACCESS: 710 | | | | _____ | _____ |

| TASK#: 32-30-03 | ZN: 710 | INTERVAL: C | REF: M.M 32-20-11 pg 201 | | |
|---|---|---|---|---|---|
| **TASK: NLG ASSEMBLY DOWNLOCK ACTUATOR** | | | | MECH | INSP |
| FUNCTIONAL CHECK LOCKING MECHANISM. | | | | | |
| P/N 104809001 | | | | | |
| ACCESS: | | | | _____ | _____ |

| TASK#: 32-30-07 | ZN: 700 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| **TASK: NLG RETRACTION ACTUATOR** | | | | MECH | INSP |
| *TEST IN SITU RETRACTION ACTUATOR FOR BEARING CLEARANCE* | | | | | |
| P/N 104797001 OR 104797002 | | | | | |
| ACCESS: | | | | _____ | _____ |

Revision: 1

0045

## FREEDOM AIR
### CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: Z58(E)              ZN: 710          INTERVAL: C          REF:

| TASK: **NOSE LANDING GEAR - EXTERNAL** | MECH | INSP |
|---|---|---|
| INSPECT SEALS AND PROFILE WITH DOORS CLOSED | | |
| | _____ | _____ |
| ACCESS: | | |

TASK#: 32-10-03              ZN: 700          INTERVAL: C          REF: M.M 12-10-32 pg 301

| TASK: **DRAG BRACE ASSEMBLY, INCLUDING SHOCK, ETC. (LEFT & RIGHT)** | MECH | INSP |
|---|---|---|
| CHECK NITROGEN PRESSURE AND SERVICE SHOCK AS NEEDED. 2 EACH | | |
| | _____ | _____ |
| ACCESS: | | |

TASK#: 32-10-03              ZN: 700          INTERVAL: C          REF: M.M 32-10-16 201

| TASK: **DRAG BRACE ASSEMBLY (LEFT & RIGHT)** | MECH | INSP |
|---|---|---|
| FUNCTIONAL CHECK DOWNLOCKS.  (2 EACH) | | |
| | _____ | _____ |
| ACCESS: | | |

TASK#: 32-10-06              ZN: 700          INTERVAL: C          REF: M.M 32-30-00 pg 201

| TASK: **MLG REAR PINTLE PIN SUPPORT BEARINGS (OUTBOARD) (LT & RIGHT)** | MECH | INSP |
|---|---|---|
| TEST IN SITU FOR BEARING CLEARANCE.  (2EACH) P/N 11-4810/P (IN CONJUNCTION WITH TASK 32-10-04) | | |
| | _____ | _____ |
| ACCESS: | | |

TASK#: 32-10-07              ZN: 700          INTERVAL: C          REF: M.M 32-30-00

| TASK: **MLG REAR PINTLE PIN SUPPORT BEARINGS (INBOARD) (LT & RIGHT)** | MECH | INSP |
|---|---|---|
| TEST IN SITU PINTLE PIN SUPPORT BEARINGS FOR BEARING CLEARANCE (IN CONJUNCTION WITH TASK 32-10-04) P/N SD3-11-7310 | | |
| | _____ | _____ |
| ACCESS: | | |

TASK#: 32-10-08              ZN: 700          INTERVAL: C          REF: M.M 323-30-00 pg 201

| TASK: **MLG FORWARD PINTLE PIN (LEFT & RIGHT)** | MECH | INSP |
|---|---|---|
| TEST IN SITU FORWARD PINTLE PIN FOR BEARING CLEARANCE (2 EACH). P/N 200952001 OR 200952003 (SEE TASKS 32-10-09 & 32-10-10) | | |
| | _____ | _____ |
| ACCESS: | | |

TASK#: 32-10-09              ZN: 700          INTERVAL: C          REF: M.M 32-30-00

| TASK: **MLG FORWARD PINTLE PIN SUPPORT BEARINGS (OUTBOARD) (LT & RIGHT)** | MECH | INSP |
|---|---|---|
| TEST IN SITU FORWARD PINTLE PIN SUPPORT BEARINGS FOR CLEARANCE (2 EACH). P/N 11-4875/P (IN CONJUNCTION WITH MLG OVH) | | |
| | _____ | _____ |
| ACCESS: | | |

## *FREEDOM AIR*
## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

| TASK#: 32-10-10 | ZN: 700 | INTERVAL: C | REF: M.M 32-30-00 | | |
|---|---|---|---|---|---|
| TASK: **MLG FWD PINTLE PIN SUPPORT BEARINGS (INBOARD) (LEFT & RIGHT)** | | | | MECH | INSP |
| TEST IN SITU FWD PINTLE PIN SUPPORT BEARINGS FOR CLEARANCE (2 EACH). P/N SD3-11-7309 (IN CONJUNCTION WITH MLG OVH) ACCESS: | | | | _____ | _____ |

| TASK#: 32-30-01 | ZN: 720/730 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| TASK: **MLG (ONE WAY) RESTRICTIONS (MAIN GEAR)** | | | | MECH | INSP |
| FUNCTIONAL CHECK RETRACTION TIMES IN CONJUNCTION WITH GEAR RETRACTION TEST. P/N FCLX0500950 AC OR FCLX0502200AA (POST MOD 7700). ACCESS: 720AT  730AT | | | | _____ | _____ |

| TASK#: 32-30-06 | ZN: 700 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| TASK: **MLG RETRACTION ACTUATOR (LEFT & RIGHT)** | | | | MECH | INSP |
| TEST IN SITU RETRACTION ACTUATOR FOR BEARING CLEARANCE (2 EACH). P/N 1047'96002 OR 104796004 ACCESS: | | | | _____ | _____ |

| TASK#: 32-10-01 | ZN: 700 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| TASK: **WHEEL LEVER UNIT (LEFT)** | | | | MECH | INSP |
| TEST IN SITU WHEEL LEVER UNIT FOR BEARING CLEARANCE. P/N 2009 16001 ACCESS: | | | | _____ | _____ |

| TASK#: 32-10-04 | ZN: 700 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| TASK: **REAR PINTLE AND LEVER (LEFT)** | | | | MECH | INSP |
| TEST IN SITU REAR PINTLE AND LEVER FOR BEARING CLEARANCE. P/N 200950001. (SEE TASKS 32-10-06 AND 32-10-07) ACCESS: | | | | _____ | _____ |

| TASK#: 32-10-02 | ZN: 700 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| TASK: **WHEEL LEVER UNIT (RIGHT)** | | | | MECH | INSP |
| TEST IN SITU WHEEL LEVER UNIT FOR BEARING CLEARANCE. P/N 2009 17001 ACCESS: | | | | _____ | _____ |

| TASK#: 32-10-05 | ZN: 700 | INTERVAL: C | REF: M.M 32-30-00 pg 201 | | |
|---|---|---|---|---|---|
| TASK: **REAR PINTLE AND LEVER (RIGHT)** | | | | MECH | INSP |
| TEST IN SITU REAR PINTLE AND LEVER FOR BEARING CLEARANCE. P/N 200951001 (SEE TASKS 32-10-06 AND 32-10-07) ACCESS: | | | | _____ | _____ |

Revision: 1

0047

# FREEDOM AIR

## CONTINUOUS AIRWORTHINESS MAINTENANCE PROGRAM

### SD3 -60
### "C"    INSPECTION

TASK#: 25-99-02                ZN: 130            INTERVAL: C            REF: STC ST290CH Cargo Restraint Docu.

| TASK: **CABIN CARGO NETS (CARGO/STC ST290CH AIRCRAFT ONLY)** (INSPECT CARGO NETS, STRAPS, AND FITTINGS AFTER FULLY EXTENDING, FOR FRAYING, TEARING, BROKEN STICHES. CONDITION AND LEGIBILITY OF CARGO NET ID TAGS, EVERY 1,200 HOURS OR 12 MONTHS, WHICHEVER COMES FIRST)  ACCESS: | MECH | INSP |
|---|---|---|

TASK#: 73-10-04                ZN: 420            INTERVAL: C            REF: SEE NOTE

| TASK: **OIL TO FUEL HEATERS (LEFT & RIGHT)** TEST IN SITU.  NOTE: REFER TO EQUIPMENT MAINT. MANUAL 71-00-00 PARA 8.A (5) P522 (P518 ON –65 & P516 ON –67) P/N 3032707  ACCESS: 420BB (LT & RT) | MECH | INSP |
|---|---|---|

TASK#: 29-00-01A                ZN: 730            INTERVAL: B            REF: M.M 12-10-29 pg 301

| TASK: **HYDRAULIC SYSTEM RESERVOIR** SERVICE CHECK RESERVOIR GAS PRESSURE AND REPLENSIH FLUID AS NECESSARY.  (SEE TASK 29-10-01) ACCESS: | MECH | INSP |
|---|---|---|

TASK#: ZZ-PANELS                ZN: (ALL)            INTERVAL: C            REF:

| TASK: **ACCESS PANELS** INSPECT ALL ACCESS PANELS REMOVED FOR THIS INSPECTION FOR INSTALLATION/SECURITY  ACCESS: | MECH | INSP |
|---|---|---|

# EXHIBIT C

CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN, | CIVIL ACTION NO. 05-0033 |
| Plaintiffs, | **DEFENDANT'S *SECOND SUPPLEMENTAL* RESPONSES TO PLAINTIFF QIANYAN S. FEJERAN'S FIRST SET OF DISCOVERY REQUESTS - INTERROGATORIES; DECLARATION OF SERVICE** |
| vs. | |
| AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR, | |
| Defendant. | |

Defendant Aviation Services (CNMI), Ltd. dba Freedom Air hereby supplements its responses to Plaintiff's Interrogatories as follows:

**Interrogatory No. 1:**   Please DESCRIBE IN DETAIL each and every modification, alternation, repair, renovation, upkeep, maintenance, whether done in the normal course of Defendant's business or otherwise, made to or performed upon the STAIRWAY including but not limited to, inspection and tightening and/or loosening of any bolts, screws, nuts or other fasteners or components of the STAIRWAY, for a period of time *one year prior* to the date of the OCCURRENCE. In so describing:

4829-6070-2721.1 059303-00001

Law Offices
O'Connor Berman Dotts & Banes
RECEIVED

By: Jhen Bautista
Date: 4|16|07
Time: 4:28pm

1      a.      IDENTIFY the PERSON(S) who performed or directed some other PERSON

2  perform the modification, alternation, repair, renovation, upkeep, and/or maintenance;

3      b.      Explain what event(s) prompted the particular acts of modification, alternation,

4  repair, renovation, upkeep and/or maintenance, etc.;

5      c.      And, IDENTIFY each and every DOCUMENT reflecting the performance of the

6  particular acts of modification, alteration, repair, renovation, upkeep and/or maintenance, or that

7  were generated pursuant to those particular acts.

8      **Response to Interrogatory No. 1:**  Primarily, the steps and handrails are checked by

9  maintenance personnel daily on each departure out of Guam on the morning and afternoon

10  flights or any other flight and when the aircraft is brought to the hangar for routine maintenance.

11  Security and function are also checked before the first flight of the day by flight crewmembers

12  during preflight checks.   The flight attendant also checks for function and security during

13  departure of the first flight of the day and during deployment and retraction at every stop

14  following that flight.   Detailed inspections are performed as per the Short Brothers SD3-60

15  maintenance program.  Based on these various inspections and a finding of good condition and

16  proper operation within allowable tolerances, no maintenance other than routine maintenance

17  such as cleaning and lubrication, or modifications have been required during this time period.

18

19      **Interrogatory No. 2:**   Please DESCRIBE IN DETAIL each and every modification,

20  alternation, repair, renovation, upkeep, maintenance, whether done in the normal course of

21  Defendant's business or otherwise, made to or performed upon the STAIRWAY including but

22  not limited to, inspection and tightening and/or loosening of any bolts, screws, nuts or other

23  fasteners or components of the STAIRWAY, *between the date of the OCCURRENCE and the*

24  *date of the inspection of the STAIRWAY by Plaintiff's expert Frank Perez.*  In so describing:

25      a.      IDENTIFY the PERSON(S) who performed or who directed that some other

26  PERSON perform the modification, alternation, repair, renovation, upkeep and/or maintenance,

27      b.      Explain what event(s) prompted the particular acts of modification, alteration,

28  repair, renovation, upkeep and/or maintenance,

1        c.    And, IDENTIFY ANY AND ALL DOCUMENTS reflecting the performance of

2 the particular acts of modification, alteration, repair, renovation, upkeep and/or maintenance, or

3 that were generated pursuant to those particular acts.

4 **Response to Interrogatory No. 2:**   Primarily, the steps are checked by maintenance

5 personnel daily on each departure out of Guam on the morning and afternoon flights or any other

6 flight and when the aircraft is brought to the hangar for routine maintenance.   Security and

7 function are also checked before the first flight of the day by flight crewmembers during

8 preflight checks.   The flight attendant also checks for function and security during departure of

9 the first flight of the day and during deployment and retraction at every stop following that flight.

10 Detailed inspections are performed as per the Short Brothers SD3-60 maintenance program.

11 Based on these various inspections and a finding of good condition and proper operation within

12 allowable tolerances, no maintenance other than routine maintenance such as cleaning, and

13 lubrication or modifications have been required during this time period.

14

15        DATED: April  _16_ , 2007.

16 CARLSMITH BALL LLP

17

18 DAVID LEDGER
Attorneys for Defendant

19 Aviation Services (CNMI), Ltd.
dba Freedom Air

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF SERVICE

2    The undersigned hereby declares that on the ___16th___ day of April 2007, I will cause to be

3    served, via hand delivery, a true and correct copy of **DEFENDANT'S *SECOND***

4    ***SUPPLEMENTAL* RESPONSES TO PLAINTIFF QIANYAN S. FEJERAN'S FIRST SET**

5    **OF DISCOVERY REQUESTS - INTERROGATORIES; DECLARATION OF SERVICE**

6    upon the following Counsel of record.

7

8                 George L. Hasselback, Esq.
                  O'Connor Berman Dotts & Banes
9                 Second Floor, Nauru Building
                  Post Office Box 501969
10                Saipan, MP 96950

11    DATED: April _16_, 2007.

12

13

14    DAVID LEDGER

15

16

17

18

19

20

21

22

23

24

25

26

27

28