**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670)234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,**   )<br>)<br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>**AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,**   )<br>)<br>Defendant.   )<br>) | **CIVIL ACTION NO. 05-0033**<br><br><br><br><br><br><br><br>Judge: Munson, Chief Judge<br>Date:  Tuesday, August 2007<br>Time:  9:30 a.m. |

**REPLY MEMORANDUM IN FURTHER
SUPPORT OF IN LIMINE MOTION**