# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0033                                                  August 21, 2007
                                                            9:30 a.m.

### MOSES T. FEJERAN, et al -vs- AVIATION SERVICES (CNMI)

PRESENT:	Hon. Alex R. Munson, Chief Judge ( Presiding via telephone)
		Sanae Shmull, Court Reporter
		K. Lynn Lemieux, Courtroom Deputy
		David Banes, Attorney for Plaintiff
		George Hasselback, Attorney for Plaintiff
		David Ledger, Attorney for Defendants

PROCEEDINGS:	MOTION IN LIMINE

Attorneys David Banes and George Hasselback were present on behalf of Plaintiffs. Defendants were represented by Attorney David Ledger.

Attorney David Banes argued on behalf of Plaintiff. Attorney David Ledger argued on behalf of Defendants.

Court, after hearing all argument, granted the Plaintiff's motion to exclude evidence on affirmative defenses.

Further, Court took other matters under advisement and stated that a written decision would be forthcoming.

                                                Adjourned 9:55 a.m.


                                                /s/K. Lynn Lemieux, Courtroom Deputy