1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   ELYZE J. MCDONALD (CNMI BAR NO. F0358)
3  Carlsmith Ball LLP Building
   Capitol Hill
4  Post Office Box 5241
   Saipan, MP 96950-5241
5  Tel No. 670.322.3455

6  Attorneys for Defendant
   Aviation Services (CNMI), Ltd. dba Freedom Air
7

8
                    UNITED STATES DISTRICT COURT
9
                              FOR THE
10
                    NORTHERN MARIANA ISLANDS
11

12

13  MOSES T. FEJERAN and            CIVIL ACTION NO. 05-0033
    QIANYAN S. FEJERAN,
14
                 Plaintiffs,
15
         vs.                        NOTICE OF DEPOSITION;
                                    CERTIFICATE OF SERVICE
16
    AVIATION SERVICES (CNMI), LTD.
17  dba FREEDOM AIR,

18               Defendant.

19

20  TO:  MS. DORIS SHRIVER
         by and through Plaintiffs Attorney of Record
21       David G. Banes, Esq.
         O'Connor Berman Dotts & Banes
22       Second Floor, Nauru Building
         Post Office Box 501969
23       Saipan, MP 96950

24       **PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air,

25  Defendant in the above-entitled action, will take the deposition of **Ms. DORIS SHRIVER** at the

26  Sheraton Portland Airport Hotel, 8235 Northeast Airport Way, Portland, Oregon 97220

27  (Telephone No.: 503-281-2500) on **Monday, August 27, 2007 at 12:00 o'clock p.m.**.

28

4824-5092-1473.1.059303-00001

1  The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court for the Northern Mariana Islands. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, August 22, 2007.

CARLSMITH BALL LLP

/s/ David Ledger

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of August 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **NOTICE OF DEPOSITION** to the following Counsel of record.

>David G. Banes, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: August 22, 2007.

DAVID LEDGER
ELYZE J. MCDONALD

4824-5092-1473.1.059303-00001                3.