1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   ELYZE J. MCDONALD (CNMI BAR NO. F0358)
3  Carlsmith Ball LLP Building
   Capitol Hill
4  Post Office Box 5241
   Saipan, MP 96950-5241
5  Tel No. 670.322.3455

6  Attorneys for Defendant
   Aviation Services (CNMI), Ltd. dba Freedom Air

7

8
                    UNITED STATES DISTRICT COURT
9
                              FOR THE
10
                     NORTHERN MARIANA ISLANDS
11

12

13  MOSES T. FEJERAN and              CIVIL ACTION NO. 05-0033
    QIANYAN S. FEJERAN,
14
              Plaintiffs,
15
         vs.                          AMENDED NOTICE OF DEPOSITION;
                                      CERTIFICATE OF SERVICE
16
    AVIATION SERVICES (CNMI), LTD.
17  dba FREEDOM AIR,

18            Defendant.

19
    TO:   MS. DORIS SHRIVER
20        by and through Plaintiffs Attorney of Record
          David G. Banes, Esq.
21        O'Connor Berman Dotts & Banes
          Second Floor, Nauru Building
22        Post Office Box 501969
          Saipan, MP 96950
23

24        **PLEASE TAKE NOTICE** that Aviation Services (CNMI), Ltd. dba Freedom Air,

25  Defendant in the above-entitled action, will take the deposition of **Ms. DORIS SHRIVER** at the

26  **Hilton Portland & Executive Tower, 921 Southwest Sixth Avenue, Portland, Oregon 97204**

27  (Telephone No.: 503-226-1611) on Monday, August 27, 2007 at 12:00 o'clock p.m..

28

4819-7499-9041.1.059303-00001

1  The deposition will be recorded pursuant to the Rules of Civil Procedure for the District
2  Court for the Northern Mariana Islands. If said deposition is not completed on the date set out
3  above, the taking of the depositions will be continued from day to day thereafter, except for
4  Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, August 23, 2007.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of August 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **AMENDED NOTICE OF DEPOSITION** to the following Counsel of record.

>David G. Banes, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: August 23, 2007.

DAVID LEDGER
ELYZE J. MCDONALD