**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670)234-5683**

**Attorneys for Plaintiffs Moses T. and Qianyan S. Fejeran**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOSES T. FEJERAN and QIANYAN S. FEJERAN,** ) ) ) | **CIVIL ACTION NO. 05-0033** |
| Plaintiffs, ) ) | **PRETRIAL DISCLOSURES** |
| vs. ) ) | |
| **AVIATION SERVICES (CNMI), LTD. d.b.a. FREEDOM AIR,** ) ) ) | Judge: Munson |
| ) | Date:  N/A |
| Defendant. ) ) | Time:  N/A |

**COME NOW** Plaintiffs, by and through counsel, and hereby files with this Court their Pretrial Disclosures as required by Rule 26 (a) (3), Fed.R.Civ.Pro.:

1.     Jose B. Aldan                               expected to call
     Saipan, NMI
     Phone: (670) 288-1947

2.     Roman T. Tudela                          expected to call
     Saipan, NMI
     Phone: (670) 235-2954

3.   Francisco M. Camacho                may call
     Saipan, NMI
     Phone: (670) 234-5667

4.   David A. Quitugua                    may call
     Saipan, NMI
     Phone: (670) 484-0223

5.   Joetta Quitugua                      may call
     Saipan, NMI
     Phone: (670) 235-1870

6.   Juan M. Santos                       may call
     Saipan, NMI
     Phone: (670) 287-4370

7.   Fermin Atalig                        may call
     Saipan, NMI
     Phone: (670) 664-1100

8.   Luisa M. Quitugua                    may call
     Saipan, NMI
     Phone: (670) 234-1861

9.   Pio Jose Tuano                       may call
     Saipan, NMI

10.  Antonio Tuana                        may call
     Saipan, NMI

11.  Niki Jung                            may call
     Saipan, NMI

12.  Andresita Del Cruz                   may call
     Saipan, NMI

13.  Juana Dela Cruz                      may call
     Saipan, NMI

14.  Ed Manglona                          may call
     Saipan, NMI

15.  Junita Pangelinan                    may call
     Saipan, NMI

16.  Maria Halstead                       may call
     Saipan, NMI
     Phone: (670) 322-3763

| | | |
|---|---|---|
| 17. | Daniel Castro<br>Saipan, NMI<br>Phone: (670) 235-3029 | may call |
| 18. | Dr. Thomas Austin (treating physician)<br>Saipan, NMI<br>Phone: (670) 234-8950 | may call |
| 19. | Dr. Nathaniel Berg (treating physician)<br>Guam, USA<br>Phone: (671)649-2777 | may call |
| 20. | Dr. Larry Hocog (treating physician)<br>Saipan, NMI<br>Phone: (670) 234-8950 | expected to call |
| 21. | Frank Perez<br>59 Rickenbacker Circle<br>P.O. Box 2049, Livermore, CA<br>Phone: (925) 447-6495 | expected to call |
| 22. | Doris Shriver<br>4155 east Jewell Ave., Suite 907<br>AT1-25 & Colorado<br>Denver, CO 80222<br>Phone: (303) 744-8422 | expected to call |
| 23. | Moses Fejeran<br>c/o Counsel | expected to call |
| 24. | Qianyan S. Fejeran<br>c/o Counsel | expected to call |
| 25. | Defendant's witnesses | may call |

DOCUMENTS AND THINGS

| | | |
|---|---|---|
| 1. | Mr. Fejeran's medical records and bills | expected to use |
| 2. | Mr. Fejeran's pharmacy bills | expected to use |
| 3. | Ms. Boddy's incident report | may use |

| | | |
|---|---|---|
| 4. | Various photographs of Mr. Fejeran | expected to use |
| 5. | Incident Report written by Francisco Muna dated 8/22/'05 | may use |
| 6. | Incident Reports written by Felicidad Boddy dated 1/18/'05 | may use |
| 7. | Notes regarding Moses Fejeran written by Inas Suzuke | may use |
| 8. | Transcription of Incident Reports | may use |
| 9. | Various photographs of aircraft and offloading steps | may use |
| 10. | Doris Shriver's Life Care Report with exhibits previously provided to Defendant | expected to use |
| 11. | Dr. Frank Perez' report together with photographs and exhibits previously provided to Defendant | expected to use |
| 12. | Dr. Hocog's report previously provided to Defendant | expected to use |
| 13. | Demonstrative model of stairs | may use |
| 14. | A day-in-the-life video | may use |
| 15. | Defendant's documents | may use |
| 16. | Medical illustrations | expected to use |
| 17. | Exhibits from the Boddy, Perez, Hocog and Gill depositions | may use |
| 18. | Defendant's Responses to Plaintiff's discovery requests | may use |

Dated: August 24, 2007, Saipan, CNMI.

Respectfully submitted,
O'CONNOR BERMAN DOTTS & BANES

By: _____
DAVID G. BANES, ESQ.  F0171

4