**TORRES BROTHERS, LLC**
**Victorino DLG. Torres**
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5504/06
Fax: (670) 233-5510

**O'Connor Berman Dotts & Banes**
Attorneys at Law
P.O. Box 501969
Saipan, MP
Nauru Building, Second Floor
Tel: (670) 234-5684
Fax: (670) 234-5683

*Attorneys for Plaintiffs,*

*Moses T. Fejeran & Qianyan S. Fejeran*

**IN THE SUPERIOR COURT**
**OF THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| MOSES T. FEJERAN AND QIANYAN S. FEJERAN ) ) Plaintiff, ) ) vs. ) ) AVIATION SERVICES (CNMI), LTD., ) dba FREEDOM AIR, ) ) Defendant. | CIVIL ACTION NO. **05-0033** **NOTICE OF ENTRY OF APPEARANCE** |

COMES NOW, Victorino DLG. Torres, Esq. with the Torres Brothers, LLC. and hereby enters his appearance as co-counsels with the O'Connor, Berman, Dotts & Banes Law Firm on behalf of Plaintiff.

Respectfully Submitted this 28th day of August, 2007.

1  TORRES BROTHERS, LLC.

2

3   /s/ Victorino DLG. Torres
    VICTORINO DLG. TORRES, ESQ.
4   Attorney for Plaintiffs
    Moses T. Fejeran & Qianyan S. Fejeran
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28