CARLSMITH BALL LLP

DAVID LEDGER (CNMI BAR NO. F0195)
ELYZE J. MCDONALD (CNMI BAR NO. F0358)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MO 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Aviation Services (CNMI), Ltd. dba Freedom Air

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN and QIANYAN S. FEJERAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>AVIATION SERVICES (CNMI), LTD. dba FREEDOM AIR,<br><br>    Defendant. | CIVIL ACTION NO. 05-0033<br><br>**STIPULATION RE VOLUNTARY DISMISSAL WITH PREJUDICE; CERTIFICATE OF SERVICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant Aviation Services (CNMI), Ltd. dba Freedom Air, by and through its Attorney of record, David Ledger, Carlsmith Ball LLP, and Plaintiffs Moses T. Fejeran and Qianyan S. Fejeran, by and through their Attorney of record, David G. Banes, O'Connor Berman Dotts & Banes, hereby stipulate and agree to request this Court to Dismiss this matter, in its entirety, with prejudice.

The above parties further agree and stipulate that this Court shall retain jurisdiction over the parties and this matter for purposes of obtaining and enforcing an Order in aid of Judgment to

4823-9640-0641.1.059303-00001

enforce the terms and provisions of the Settlement Agreement which was executed by the parties in this action and request this Court to include such provision in its Order of Dismissal.

Finally, the above parties agree and stipulate that each side will bear their own attorney's fees and costs associated with this matter.

DATED: Hagåtña, Guam, September 28, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Aviation Services (CNMI), Ltd.
dba Freedom Air

DATED: Hagåtña, Guam, September 27, 2007.

O'CONNOR BERMAN DOTTS & BANES

/s/
_____
DAVID G. BANES
Attorneys for Plaintiffs
Moses T. Fejeran and Qianyan S. Fejeran

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of September 2007, I will cause to be served, via hand delivery, a true and correct copy of **STIPULATION RE VOLUNTARY DISMISSAL WITH PREJUDICE; CERTIFICATE OF SERVICE** to the following Counsel of record.

>David G. Banes, Esq.
>O'Connor Berman Dotts & Banes
>Second Floor, Nauru Building
>Post Office Box 501969
>Saipan, MP 96950

DATED: Hagåtña, Guam, September 28, 2007.

_____
DAVID LEDGER