F I L E D
Clerk
District Court

SEP 2 8 2007

For The Northern Mariana Islands

By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN, and QIANYAN S. FEJERAN, <br><br> Plaintiffs, <br><br> vs. <br><br> AVIATION SERVICES (CNMI), LTD., dba FREEDOM AIR <br><br> Defendants. | Civil Action No. 05-0033 <br><br><br> <u>ORDER CLOSING FILE</u> |

David P. Ledger
Attorney at Law
Suite 201 Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

BASED UPON the parties' stipulation with prejudice, and good cause appearing;
NOW, THEREFORE,

IT IS ORDERED that this file be and hereby is closed.

DATED this 28th day of September, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)